## UNITED STATES DISTRICT COURT

District of Massachusetts

Tyco Healthcare Group LP

V.

Medical Products, Inc.

SUMMONS IN A CIVIL CASE

2004 JUL 21 P 1: 13
U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

**04-11524DPW**

TO: (Name and address of Defendant)

Medical Products, Inc. c/o
Mr. Eddie J. McCafferty
515 East Walnut Street
Ripley, MS 38663

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey D. Clements, Esq.
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  7-7-04

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7-9-04 |
| NAME OF SERVER (PRINT) Keith Bullock | TITLE Constable South half Tippah Co. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 515 EAST WALNUT STREET Ripley, Miss. 38663

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-9-04    *Keith Bullock*
              Date        Signature of Server

205-B Spring Av.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.