May 16 03 10:46a     Christy V.                    662-837-3679                    p.2

## KENDALL HEALTHCARE PRODUCTS COMPANY
15 HAMPSHIRE STREET
MANSFIELD, MA 02048

**REBATE CLAIM** for the month of: _April 2003_

YOUR NAME & ADDRESS: Medical Products, Inc. / 511 East Walnut / Ripley, MS 38663

END CUSTOMER NUMBER: _CP Medical_
NAME:
COMPLETE ADDRESS:
(REQUIRED FOR PROCESSING)

PO# 17470

| Item # | Quantity | UOM | Your Inv. # to End Customer | Inv. Date to End Customer | Contract # | Unit Rebate | Requested Rebate Total |
|---|---|---|---|---|---|---|---|
| 512852 | 40 | Case | 08099280 | 4-18-03 | AC109683 | 42.20 | 1,688.00 ✓ |
| 513918 | 8 | | D9095880 | 4-17-03 | | 37.89 | 303.12 ✓ |
| 516135 | 5 | | 08095879 | 4-17-03 | | 66.75 | 333.75 ✓ |
| 250016 | 20 | | | | | 42.15 | 843.00 ✓ |
| 250040 | 75 | | | | | 42.15 | 3161.25 ✓ |
| 250107 | 30 | | | | | 42.15 | 1264.50 ✓ |
| 250123 | 80 | | | | | 42.15 | 3372.00 ✓ |
| 250206 | 25 | | | | | 42.15 | 1053.75 ✓ |
| 250220 | 50 | | | | | 42.15 | 2107.50 ✓ |
| 25033 | 75 | | | | | 42.15 | 3161.25 ✓ |
| 250321 | 2 | | | | | 42.15 | 84.30 ✓ |
| 500014 | 4 | | | | | 42.75 | 171.00 ✓ |
| 501368 | 9 | | | | | 43.95 | 395.55 |
| 512597 | 5 | | | | | 66.15 | 330.75 |
| 512860 | 10 | | | | | 16.60 | 166.00 |
| 512878 | 10 | | | | | 42.20 | 422.00 |
| 513025 | 5 | | | | | 66.55 | 332.75 |
| 516911 | 13 | | | | | 42.50 | 552.50 |
| 516937 | 7 | | | | | 42.50 | 297.50 |
| 520665 | 7 | | | | | 58.25 | 407.75 |
| 520673 | 20 | | | | | 79.50 | 1590.00 |
| 535796 | 20 | | ✓ | ✓ | ✓ | 53.28 | 1065.60 |

**Total Requested Rebate:**

→

May 16 03 10:46a   Christy V.   662-837-3679   p.3

**KENDALL** HEALTHCARE PRODUCTS COMPANY
15 HAMPSHIRE STREET
MANSFIELD, MA 02048

**REBATE CLAIM**
for the month of: _April 2003_

YOUR NAME & ADDRESS: Medical Products, Inc. / 511 East Walnut / Ripley, MS 38663

END CUSTOMER NUMBER: _CP Medical_
NAME:
COMPLETE ADDRESS:
(REQUIRED FOR PROCESSING)

PO #17470 (pg. 2)

| Item # | Quantity | UOM | Your Inv. # to End Customer | Inv. Date to End Customer | Contract # | Unit Rebate | Requested Rebate Total |
|---|---|---|---|---|---|---|---|
| 501160 | 100 | Case | 08095829 | 4-17-03 | AC109683 | 43.95 | 4395.00 |

0•*

................-P
................+P
1,688.00+
303.12+
333.75+
843.00+
3,161.25+
1,264.50+
3,372.00+
1,053.75+
2,107.50+
3,161.25+
84.30+
171.00+
395.55+
330.75+
166.00+
422.00+
332.75+
552.50+
297.50+
407.75+

Total I
1,590.00+
1,065.60+
4,395.00+
27,498.82*

27498.82

26598.82

May 16 03 10:46a          Christy V.                          662-837-3679                    p.4

H7662259
afk 43373.22
42493.22

**KENDALL** HEALTHCARE PRODUCTS COMPANY
15 HAMPSHIRE STREET
MANSFIELD, MA 02048

-B-
w li 883
Batch 122584
priced
contracts 05/16
posted 05/21

**REBATE CLAIM**
for the month of: April 2003

END CUSTOMER NUMBER: CP Medical
NAME:
COMPLETE ADDRESS:
(REQUIRED FOR PROCESSING)

YOUR NAME & ADDRESS:
Medical Products, Inc.
511 East Walnut
Ripley, MS 38663

PO# H3601

| Item # | Quantity | UOM | Your Inv. # to End Customer | Inv. Date to End Customer | Contract # | Unit Rebate | Requested Rebate Total |
|---|---|---|---|---|---|---|---|
| 516135 | 10 | case | D8112247 | 4-23-03 | AC109683 | 66.75 | 667.50 |

**Total Requested Rebate:**  667.50

ck# 50959
06/24 RPB 40P64955
(offset when ded. is taken)

R88 -168.35
0888902

May 16 03 10:47a        Christy V.                        662-837-3679                    p.5

**KENDALL** HEALTHCARE PRODUCTS COMPANY
15 HAMPSHIRE STREET
MANSFIELD, MA 02048

**REBATE CLAIM** April 2003
for the month of:

YOUR NAME & ADDRESS: Medical Products, Inc.
511 East Walnut
Ripley, MS 38663

END CUSTOMER NUMBER: CP Medical
NAME:
COMPLETE ADDRESS:
(REQUIRED FOR PROCESSING)

PO# 047401

| Item # | Quantity | UOM | Your Inv. # to End Customer | Inv. Date to End Customer | Contract # | Unit Rebate | Requested Rebate Total |
|---|---|---|---|---|---|---|---|
| 250016 | 22 | Case | 09125431 | 4-25-03 | AC109683 | 42.15 | 927.30 |
| 200573 | 20 | | 08101020 | 4-18-03 | | 115.00 | 2300.00 |
| 250107 | 95 | | | | | 42.15 | 4004.25 |
| 250339 | 60 | | | | | 42.15 | 2529.00 |
| 50004 | 15 | | ✓ | ✓ | ✓ | 42.75 | 641.25 |
| 250016 | 114 | ✓ | 08103767 | 4-21-03 | ✓ | 42.15 | 4805.10 |

**Total Requested Rebate:** 15206.90