

# KENDALL

HEALTHCARE PRODUCTS COMPANY
THE KENDALL COMPANY - 15 HAMPSHIRE STREET - MANSFIELD, MA 02048

DUPLICATE
CREDIT
MEMO

# CREDIT MEMO

| PAGE NO. | CREDIT MEMO DATE | CREDIT MEMO NUMBER |
|---|---|---|
| 1 | 5/21/03 | 08211455 |

REASON CODE: 16M REBATE CREDIT

KENDALL

**SOLD TO:**   ACCOUNT NUMBER
H7662259
MEDICAL PRODUCTS INC
PO BOX 207
RIPLEY          MS 38663-0207

**SHIP TO:**   ACCOUNT NUMBER
H7662259-0000
MEDICAL PRODUCTS INC
PO BOX 207
RIPLEY          MS 38663-0207

TERR#: BE010

| CUSTOMER ORDER NUMBER | | CUST. ORDER DATE | |
|---|---|---|---|
| 04/03 REBATE | | 4/15/03 | 15843943-00 |

| PREV. INVOICE NO. | PREV. INV. DATE | MAN. INVOICE NO. | MAN. INV. DATE |
|---|---|---|---|
| | | | |

| PRODUCT CODE | DESCRIPTION | QUANTITY UNIT | ORD | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| H76A4917 | 0000 CASCADE PACIFIC MED PORTLAND | | | | OR | 37,304.87- |

KENDALL HEALTHCARE PRODUCTS COMPANY

| CREDIT MEMO AMOUNT |
|---|
| $37,304.87- |