```
MEDICAL PRODUCTS INC.                    INVOICE NO.    13696A
P.O. BOX 207                                    DATE: 04/16/0?
511 E. WALNUT                            PAGE NO.            1
RIPLEY, MS 38663
800-638-0489


Sold  C P MEDICAL                   Ship  C P MEDICAL
To    836 NE 24TH AVENUE            To    836 NE 24TH AVENUE

      PORTLAND, OR 97232                  PORTLAND, OR 97232


Item#:1094
Salesman:002
------------------------------
Qty     Unit     Item #
------------------------------
 20 CASE      MJ250016
 75 CASE      MJ250040
 30 CASE      MJ250107
 80 CASE      MJ250123
 25 CASE      MJ250206
 50 CASE      MJ250222
 75 CASE      MJ250313
  2 CASE      MJ250321
  4 CASE      MJ500014
 99 CASE      MJ501160
  9 CASE      MJ501368
  5 CASE      MJ512597
 10 CASE      MJ512860
 10 CASE      MJ512878
  5 CASE      MJ513025
 13 CASE      MJ516911
  7 CASE      MJ516937
  7 CASE      MJ520665
 20 CASE      MJ520673
 20 CASE      MJ535796
```