UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TYCO HEALTHCARE GROUP LP

　　　　Plaintiff,

v.                                                   Civil Action No. 1:04-CV-11524-DPW

MEDICAL PRODUCTS, INC.

　　　　Defendant.

## JOINT STATEMENT

Pursuant to the Court's notice of Scheduling Conference in the above-captioned action, August 16, 2004, the parties submit this Joint Statement.

**I.   Discovery and Motion Schedule**

The parties propose the following dates for discovery and dispositive motions:

| | |
|---|---|
| January 30, 2005 – | Responses to document requests and interrogatories completed, except requests or interrogatories made in response to subsequently received discovery; |
| February 28, 2005 - | Fact depositions and any additional fact discovery concluded; |
| March 15, 2005 – | Designation of expert witnesses and disclosures pursuant to Fed. R. Civ. P. 26(a)(2); |
| March 30, 2005 – | Counter-designation of expert witnesses and disclosures pursuant to Fed. R. Civ. P. 26(a)(2); |
| April 30, 2005 - | Depositions of experts concluded; |
| May 30, 2005 - | Summary Judgment motions filed. |

**II.     Certifications**

Certifications of each counsel and party that each party and counsel have conferred concerning matters of budget, cost, and alternative dispute resolution programs in accordance with Rule 16.4 are being filed by each party separately.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MEDICAL PRODUCTS, INC. | TYCO HEALTHCARE GROUP |
| By its attorneys: | By its attorneys: |
| /s/ Michael B. Galvin | /s/ Jeffrey D. Clements |
| Michael A. Collora, BBO #092940<br>Michael B. Galvin, BBO #630515<br>Dwyer & Collora, LLP<br>600 Atlantic Avenue<br>Boston, MA 02210-2211<br>(617) 371-1000 | Jeffrey D. Clements, BBO 632544<br>Ben T. Clements, BBO #555802<br>Clements & Clements LLP<br>50 Federal Street<br>Boston, MA 02110<br>(617) 451-1802 |
| Dated: September 16, 2004 | Dated: September 16, 2004 |