UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TYCO HEALTHCARE GROUP LP**<br><br>**Plaintiff,**<br><br>v.<br><br>**MEDICAL PRODUCTS, INC.**<br><br>**Defendant.** | Civil Action No.  1:04-CV-11524-DPW |

**PLAINTIFF'S CERTIFICATION OF
COMPLIANCE WITH LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and authorized representative of defendant Tyco Healthcare Group, LP ("Tyco Healthcare"), certify that Tyco Healthcare and its counsel have conferred:  (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| Counsel: | TYCO HEALTHCARE GROUP LP |
|---|---|
| /s/ Jeffrey D. Clements | By:   /s/ Matthew Nicolella |
| _____ | _____ |
| Jeffrey D. Clements, BBO #632544<br>Clements & Clements LLP<br>50 Federal Street<br>Boston, MA 02110<br>(617)  451-1802 | Matthew Nicolella, Senior Counsel |

Dated:  September 16, 2004

2

**CERTIFICATE OF SERVICE**

    I, Jeffrey D. Clements, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to counsel of record for the plaintiff on September 16, 2004.

    /s/ Jeffrey D. Clements
    _____
    Jeffrey D. Clements