



EXHIBIT NO. 4

MPI-0004