**KENDALL**
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

\* Indicates new codes or price changes.

| | Item No. | Description | Quantity Shipping | Per Unit | Price Unit | 1-19 Case | 20+ Case | Suggested Hospital |
|---|---|---|---|---|---|---|---|---|
| | 8888591149 | 16Fr. x 5.3mm O.D.,  Length of Tip Beyond Ring - 15/16", Pro | 10 | Each | Case | $152.44 | $152.44 | $179.34 |
| | 8888591156 | 16Fr. x 5.3mm O.D.,  Length of Tip Beyond Ring - 15/16", Pro | 10 | Each | Case | $152.44 | $152.44 | $179.34 |
| | 8888593012 | Adult - Fits Tubing I.D. - 3/8"  (10/box) | 10 | Each | Box | $56.91 | $56.91 | $66.95 |
| | 8888593038 | Pediatric - Fits Tubing I.D. -3/8"  (10/box) | 10 | Each | Box | $56.91 | $56.91 | $66.95 |
| \* | 8888713115 | Sensi-Touch Adult Lumbar Puncture Tray, 18GA x 3 1 | 10 | Trays | Case | $127.47 | $121.40 | $149.96 |
| \* | 8888713123 | Sensi-Touch Adult Lumbar Puncture Tray, 20GA x 3 1 | 10 | Trays | Case | $127.47 | $121.40 | $149.96 |
| \* | 8888713131 | Sensi-Touch Adult Lumbar Puncture Tray, 22GA x 3 1 | 10 | Trays | Case | $127.47 | $121.40 | $149.96 |
| \* | 8888714113 | Sensi-Touch Pediatric Lumbar Puncture Tray, 22GA x | 10 | Trays | Case | $127.47 | $121.40 | $149.96 |
| \* | 8888715110 | Sensi-Touch Infant Lumbar Puncture Tray, 22GA x 1 | 10 | Trays | Case | $98.18 | $93.50 | $115.51 |
| | 8888750018 | Large,  34Fr. x 36"L | 20 | Each | Case | $121.50 | $115.71 | $142.94 |
| | 8888750406 | X-Large,  40Fr. x 48"L | 20 | Each | Case | $148.77 | $141.69 | $175.02 |
| | 8888750513 | Medium,  24Fr. x 36"L | 20 | Each | Case | $121.50 | $115.71 | $142.94 |
| | 8889001007 | Bacti-Cinerator® III | 1 | Each | Box | $178.24 | $178.24 | $239.35 |
| | 8889001353 | Replacement Lamp 120V for Bacti | 1 | Each | Each | $7.13 | $7.13 | $8.31 |
| | 8889006600 | CUP/CAP COAGULIZER | 100 | Each | Case | $49.00 | $49.00 | $65.00 |
| | 8889006626 | COAGULYZER PIPETTE TIP | 500 | Each | Case | $80.00 | $80.00 | $115.00 |
| | 8889010008 | Maintenance Kit | 1 | Each | Each | $13.24 | $13.24 | $20.37 |
| | 8889010818 | 12ml Transfer Pipette | 50 | Each | Package | $15.23 | $15.23 | $23.43 |
| \* | 8889101021 | Inoc. Loops 2mm Diameter, 24 gauge, 45mm Length | 1 | Each | Each | $29.04 | $29.04 | $40.69 |
| \* | 8889101039 | Inoc. Loops 3mm Diameter, 24 gauge, 45mm Length | 1 | Each | Each | $29.04 | $29.04 | $40.69 |
| \* | 8889101054 | Inoc. Loops 5mm Diameter, 24 gauge, 45mm Length | 1 | Each | Each | $29.04 | $29.04 | $40.69 |
| \* | 8889101120 | Inoc. Loops 2mm Diameter, 26 gauge, 45mm Length | 1 | Each | Each | $26.81 | $26.81 | $37.53 |
| \* | 8889101138 | Inoc. Loops 3mm Diameter, 26 gauge, 45mm Length | 1 | Each | Each | $26.81 | $26.81 | $37.53 |
| \* | 8889101153 | Inoc. Loops 5mm Diameter, 26 gauge, 45mm Length | 1 | Each | Each | $26.81 | $26.81 | $37.53 |
| \* | 8889101229 | Inoc. Loops 2mm Diameter, 28 gauge, 45mm Length | 1 | Each | Each | $23.63 | $23.63 | $33.05 |
| \* | 8889101237 | Inoc. Loops 3mm Diameter, 28 gauge, 45mm Length | 1 | Each | Each | $23.63 | $23.63 | $33.05 |
| | 8889102029 | Inoc. Loops 2mm Diameter, 24 gauge, 70mm Length | 1 | Each | Each | $35.32 | $35.32 | $49.45 |
| \* | 8889102037 | Inoc. Loops 3mm Diameter, 24 gauge, 70mm Length | 1 | Each | Each | $35.32 | $35.32 | $49.45 |
| \* | 8889102045 | Inoc. Loops 5mm Diameter, 24 gauge, 70mm Length | 1 | Each | Each | $35.32 | $35.32 | $49.45 |
| \* | 8889102128 | Inoc. Loops 2mm Diameter, 26 gauge, 70mm Length | 1 | Each | Each | $29.04 | $29.04 | $40.64 |
| \* | 8889102136 | Inoc. Loops 3mm Diameter, 26 gauge, 70mm Length | 1 | Each | Each | $29.04 | $29.04 | $40.64 |
| \* | 8889102151 | Inoc. Loops 5mm Diameter, 26 gauge, 70mm Length | 1 | Each | Each | $29.04 | $29.04 | $40.64 |
| \* | 8889102227 | Inoc. Loops 2mm Diameter, 28 gauge, 70mm Length | 1 | Each | Each | $25.71 | $25.71 | $36.00 |
| \* | 8889102235 | Inoc. Loops 3mm Diameter, 28 gauge, 70mm Length | 1 | Each | Each | $25.71 | $25.71 | $36.00 |
| \* | 8889103001 | Calibrated 0.001ml Volume, 1.45mm Diameter, 70mm Length | 1 | Each | Each | $40.57 | $40.57 | $56.78 |
| \* | 8889103100 | Calibrated 0.01ml Volume, 4mm Diameter, 25mm Length | 1 | Each | Each | $40.57 | $40.57 | $56.78 |
| \* | 8889103118 | Calibrated 0.01ml Volume, 4mm Diameter, 70mm Length | 1 | Each | Each | $67.63 | $67.63 | $94.72 |
| \* | 8889104009 | Inoc. Needle 70mm Length, 26 gauge | 1 | Each | Each | $14.85 | $14.85 | $22.41 |
| \* | 8889105006 | Inoc Holder 6 inch Length | 1 | Each | Each | $9.87 | $9.87 | $12.12 |
| \* | 8889105105 | Inoc Holder 8 inch Length | 1 | Each | Each | $9.87 | $9.87 | $12.12 |
| | 8889106103 | Caps for 50ml Beaker | 500 | Each | Ctn | $20.37 | $20.37 | $23.43 |
| | 8889106202 | Caps for 100ml Beaker | 500 | Each | Ctn | $15.43 | $15.43 | $23.73 |
| | 8889106301 | Caps for 250ml Beaker | 500 | Each | Ctn | $19.86 | $19.86 | $30.56 |
| | 8889106400 | Caps for 400ml Beaker | 500 | Each | Ctn | $21.44 | $21.44 | $33.00 |
| | 8889106509 | Caps for 800ml Beaker | 250 | Each | Ctn | $16.14 | $16.14 | $24.80 |
| | 8889106608 | Caps for 1000ml Beaker | 250 | Each | Ctn | $16.86 | $16.86 | $25.92 |
| | 8889111004 | Critocap® Tube Reader | 1 | Each | Each | $8.28 | $8.28 | $10.19 |
| | 8889112002 | Spiracrit® Tube Reader | 1 | Each | Each | $46.34 | $46.34 | $71.30 |
| \* | 8889201110 | 0.5ml Conical, 10000 to a drum | 10000 | Each | Case | $116.00 | $116.00 | $136.47 |
| \* | 8889201417 | 2ml Conical, 10000 to a drum | 10000 | Each | Case | $102.00 | $102.00 | $120.00 |
| | 8889205004 | Non-Sterile, Polystyrene, 100/Box, 10 Boxes/Cs. | 1000 | Each | Case | $56.12 | $56.12 | $86.32 |
| | 8889205103 | Non-Sterile, Polystyrene, Bulk | 500 | Each | Case | $23.12 | $23.12 | $35.60 |
| | 8889205129 | Sterile, green cap, 25/Bag, 20 Bags/Cs. | 500 | Each | Case | $90.95 | $90.95 | $165.51 |
| | 8889205137 | Non-Sterile, red cap | 500 | Each | Case | $69.97 | $69.97 | $127.31 |
| | 8889205178 | Sterile Rack Pack P, green cap, 25/Rack, 10 Racks/Cs. | 250 | Each | Case | $47.61 | $47.61 | $79.39 |
| | 8889206101 | 50ml TRIPOUR Beaker | 100 | Each | Case | $11.15 | $11.15 | $20.27 |
| | 8889206200 | 100ml TRIPOUR Beaker | 100 | Each | Case | $13.60 | $13.60 | $24.70 |
| | 8889206309 | 250ml TRIPOUR Beaker | 100 | Each | Case | $20.98 | $20.98 | $38.19 |
| | 8889206408 | 400ml TRIPOUR Beaker | 100 | Each | Case | $22.31 | $22.31 | $40.54 |
| | 8889206507 | 800ml TRIPOUR Beaker | 100 | Each | Case | $27.14 | $27.14 | $49.35 |
| | 8889206606 | 1000ml TRIPOUR Beaker | 100 | Each | Case | $33.30 | $33.30 | $60.50 |
| | 8889207026 | Sterile, green cap, individually wrapped | 100 | Each | Case | $16.04 | $16.04 | $26.74 |
| | 8889207034 | Non-Sterile, Bulk (white cap), 25/Bag, 20 Bags/Cs. | 500 | Each | Case | $50.93 | $50.93 | $84.89 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

* Indicates new codes or price changes.

| Item No. | Description | Quantity Shipping | Per Unit | Price Unit | 1-19 Case | 20+ Case | Suggested Hospital |
|---|---|---|---|---|---|---|---|
| 8889207067 | Sterile, Bulk (green cap) | 100 | Each | Case | $14.97 | $14.97 | $24.95 |
| 8889207158 | Non-Sterile, 20 sleeved cups, 20 bagged lids (white cap) | 500 | Each | Case | $50.93 | $50.93 | $84.89 |
| 8889207182 | Sterile, Individually wrapped, green cap with integrity seal | 200 | Each | Case | $29.94 | $29.94 | $49.91 |
| 8889207208 | Non-Sterile, lidless | 1980 | Each | Case | $132.41 | $132.41 | $178.75 |
| 8889211200 | For 13mm O.D. Tube | 1000 | Each | Package | $42.78 | $42.78 | $65.80 |
| 8889211408 | For 16mm O.D. Tube | 1000 | Each | Package | $45.83 | $45.83 | $65.80 |
| 8889211606 | For 18mm O.D. Tube | 1000 | Each | Package | $42.78 | $42.78 | $65.80 |
| 8889212000 | Critocaps« Regular for sealing Micro-Hematocrit Tubes, 100/B. | 1200 | Each | Case | $21.39 | $21.39 | $42.98 |
| 8889213008 | Critocaps-J for sealing Caraway Tubes, 100/Bag, 6 Bags/Cs. | 600 | Each | Case | $23.37 | $23.37 | $46.75 |
| 8889214006 | Critocaps-K for sealing Natelson Tubes, 100/Bag, 12 Bags/Cs. | 1200 | Each | Case | $34.83 | $34.83 | $69.46 |
| 8889215003 | Capillary Tube Sealant. 6 Trays/Box, 6 Boxes/Cs. | 36 | Each | Case | $40.74 | $40.74 | $62.64 |
| 8889216001 | 5.5cm Diameter, Polystyrene | 100 | Each | Case | $14.36 | $14.36 | $25.97 |
| 8889216100 | 6.5cm Diameter, Polystyrene | 100 | Each | Case | $14.36 | $14.36 | $25.97 |
| 8889217009 | 5.5cm Diameter, Polypropylene | 100 | Each | Case | $14.36 | $14.36 | $25.97 |
| 8889217108 | 6.5cm Diameter, Polypropylene | 100 | Each | Case | $14.36 | $14.36 | $25.97 |
| 8889220003 | 10-500ul, Natural | 1000 | Each | Case | $43.64 | $43.64 | $61.11 |
| 8889224005 | 1/8" x 1/4" x 1/2" x 1/16", PVC 1060, 50ft./Cs. | 1 | Each | Case | $9.06 | $9.06 | $18.23 |
| 8889224054 | 1/4" x 3/8" x 1/2" x 1/16", 77 Durometer, 50ft./Cs. | 1 | Each | Case | $16.15 | $16.15 | $32.24 |
| 8889224104 | 3/8" x 1/2" x 3/4" x 1/16", PVC 104, 50ft./Cs. | 1 | Each | Case | $22.87 | $22.87 | $45.63 |
| 8889224153 | 1/2" x 5/8" x 3/4" x 1/16", 85 Durometer, 50ft./Cs. | 1 | Each | Case | $27.45 | $27.45 | $54.80 |
| 8889224203 | 1/8" x 1/4" x 1/4" x 1/16", 50ft./Cs. | 1 | Each | Case | $9.06 | $9.06 | $18.23 |
| 8889224302 | 1/4" x 3/8" x 3/8" x 1/16", PVC 10850C, 50ft./Cs. | 1 | Each | Case | $16.15 | $16.15 | $32.24 |
| 8889224401 | 3/8" x 1/2" x 1/2" x 1/16", 55 Durometer, 50ft./Cs. | 1 | Each | Case | $23.17 | $23.17 | $45.63 |
| 8889224500 | 1/2" x 5/8" x 5/8" x 1/16", 50ft./Cs. | 1 | Each | Case | $27.45 | $27.45 | $54.80 |
| * 8889501006 | Paraplast-purified paraffin and plastic polymers.  Cuts to 4 micr | 8 | Each | Case | $24.02 | $24.02 | $38.86 |
| * 8889502004 | Paraplast-purified paraffin and plastic polymers and dimethyl su | 8 | Each | Case | $29.68 | $29.68 | $48.02 |
| * 8889503002 | Paraplast- X-TRA-purified paraffin, plastic polymers and micro | 8 | Each | Case | $30.43 | $30.43 | $49.24 |
| * 8900AC | 1 QT AC RED-AUTODROP PHLEBOTOMY CONTAINER | 10 | Each | Case | $20.89 | $19.89 | $24.58 |
| * 8900EC | 1Qt Phlebotomy Container, Red with Unwinder    Adapter | 100 | Each | Case | $198.14 | $188.70 | $233.11 |
| 8900MW | 1 QT RMW-AUTODROP PHLEBOTOMY CONTAINER | 100 | Each | Case | $194.25 | $185.00 | $228.53 |
| * 8900SA | 1 QT RED-AUTODROP PHLEBOTOMY CONTAINER 100 | 100 | Each | Case | $198.14 | $188.70 | $233.10 |
| * 8901SA | 1/2 QT RED AUTODROP PHLEBOTOMY CONTAINER 1 | 100 | Each | Case | $156.91 | $149.43 | $184.60 |
| 8905 | 1 QT RAINBOW-AUTODROP PHLEBOTOMY CONTAINE | 100 | Each | Case | $194.25 | $185.00 | $228.53 |
| * 8906 | 1 QT YELLOW-AUTODROP PHLEBOTOMY CONTAINER | 100 | Each | Case | $198.14 | $188.70 | $233.10 |
| * 8908 | 1 QT PURPLE-AUTODROP PHLEBOTOMY CONTAINER | 100 | Each | Case | $198.14 | $188.70 | $233.10 |
| * 8909 | 1.5 QT TRANSPORTABLE CONTAINER 20 | 20 | Each | Case | $55.69 | $53.04 | $65.52 |
| * 8910 | HOLDER FOR 8900      10 | 10 | Each | Case | $19.28 | $18.36 | $22.68 |
| * 8911 | HOLDER FOR 8902      10 | 10 | Each | Case | $9.64 | $9.18 | $11.34 |
| * 8912SA | 1 QT WIRE BRACKET      5 | 5 | Each | Case | $53.12 | $50.59 | $62.50 |
| * 8920SA | NEEDLE SYRINGE COLL. CONT.  60 | 60 | Each | Case | $139.77 | $133.11 | $164.44 |
| * 892309 | 500CC GRAB OCTAGON CONTAINER | 10 | Each | Case | $40.00 | $40.00 | $47.06 |
| * 8926 | SECURITY BRACKET FOR 8920   5 | 5 | Each | Case | $96.39 | $91.80 | $113.40 |
| 8930SA | BIOMAX PERFSN WST DISP.CONT. 3 | 3 | Each | Case | $75.60 | $72.00 | $88.94 |
| * 8931 | 12 GA CHEMOTHERAPY CONTAINER-HINGED LID 10 | 10 | Each | Case | $183.14 | $174.42 | $215.46 |
| * 8931PG2 | 12 gal., PG2 rated Chemotherapy Sharps container | 10 | Each | Case | $174.42 | $174.42 | $205.20 |
| * 8932 | 12 GA RED BIOMAX-GASKETED HINGED LID 10 | 10 | Each | Case | $170.29 | $162.18 | $200.34 |
| * 8932AC | 12 GA AC RED BIOMAX-GASKETED HINGED LID 3 | 3 | Each | Case | $53.02 | $50.49 | $62.38 |
| * 8932PG2 | 12 gal., PG2 rated Biomax Sharps container | 10 | Each | Case | $162.18 | $162.18 | $190.80 |
| 8933 | 12 GA RED-HINGED LID 10 | 10 | Each | Case | $151.20 | $144.00 | $177.88 |
| 8934 | 12 GAL CHEMO W/SLIDE TOP   10 | 10 | Each | Case | $183.75 | $175.00 | $216.18 |
| * 8934PG2 | 12 gal., PG2 rated Chemotherapy Sharps container, slide top | 10 | Each | Case | $178.50 | $178.50 | $210.00 |
| 8935 | 12 GA RED-SLIDE LID 10 | 10 | Each | Case | $169.05 | $161.00 | $198.88 |
| * 8936PG2 | 12 gal., PG2 rated Biomax Sharps container, slide top | 10 | Each | Case | $178.50 | $178.50 | $210.00 |
| 8936SA | 12 GA RED BIOMAX-GASKETED SLIDE LID 10 | 10 | Each | Case | $183.75 | $175.00 | $216.18 |
| 8938 | 18 GA RED-SLIDE LID 5 | 5 | Each | Case | $119.70 | $114.00 | $140.82 |
| * 8938FP | 18 GA FOOT PEDAL CART FOR SLIDE LID 1 | 1 | Each | Case | $320.23 | $304.98 | $376.74 |
| * 8939 | 18 GA CHEMOTHERAPY CONTAINER-SLIDE LID 5 | 5 | Each | Case | $142.98 | $136.17 | $168.22 |
| * 8939PG2 | 18 gal., PG2 rated Chemotherapy Sharps container, slide top | 5 | Each | Case | $136.17 | $136.17 | $160.20 |
| * 8940FP | 12/18 gal. Molded Foot Petal, sliding lid container | 1 | Each | Case | $348.08 | $331.50 | $409.50 |
| 8944 | 14Fr. Foley Tray 5cc Ultramer Cath | 10 | Each | Case | $103.00 | $85.00 | $121.18 |
| 8946 | 16Fr. Foley Tray 5cc Ultramer Cath | 10 | Each | Case | $103.00 | $85.00 | $121.18 |
| 8948 | 18Fr.. Foley Tray 5cc Ultramer Cath | 10 | Each | Case | $103.00 | $85.00 | $121.18 |
| 8949 | 16Fr.. Foley Tray 5cc. Silicone Cath | 10 | Each | Case | $130.10 | $120.00 | $153.06 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

* Indicates new codes or price changes.

| Item No. | Description | Quantity Shipping | Per Unit | Price Unit | 1-19 Case | 20+ Case | Suggested Hospital |
|---|---|---|---|---|---|---|---|
| 8950 | 18Fr.. Foley Tray 5cc. Silicone Cath | 10 | Each | Case | $130.10 | $120.00 | $153.06 |
| * 8950SA | 5 QT RED ROUND-ROTOR LID 40 | 40 | Each | Case | $132.80 | $126.48 | $156.24 |
| 8958 | 8 GA DIALYSAFETY-ROTOR/HINGED LID 14 | 14 | Each | Case | $163.17 | $155.40 | $191.96 |
| * 8960 | HOLDER FOR 8950      5 | 5 | Each | Case | $36.68 | $34.94 | $43.15 |
| * 8961 | 2 GA TRANSPORTABLE ALTERNATE SITE CONTAINER 20 | 20 | Each | Case | $98.53 | $93.84 | $115.92 |
| * 8963 | 2 GA UNIVERSAL LOCKING BRACKET 5 | 5 | Each | Case | $94.25 | $89.76 | $110.88 |
| * 8964 | 3 GA DIALYSAFETY-ROTOR/HINGED LID 20 | 20 | Each | Case | $128.52 | $122.40 | $151.20 |
| 89651 | 2 GA H-DROP CLR LID RED     20 | 20 | Each | Case | $97.13 | $92.50 | $114.27 |
| 89661 | 2 GA H-DROP CLR LID BEIGE   20 | 20 | Each | Case | $97.13 | $92.50 | $114.27 |
| 89670I | 2GA OPEN H-DROP TRANS RED  20 | 20 | Each | Case | $97.13 | $92.50 | $114.27 |
| 89671 | 2 GA RED-HORIZONTAL DROP 20 | 20 | Each | Case | $97.13 | $92.50 | $114.27 |
| 8967MW | 2 GA-RMW HORIZONTAL DROP 20 | 20 | Each | Case | $97.13 | $92.50 | $114.27 |
| 8969 | 2 GA CLEAR LID BEIGE       20 | 20 | Each | Case | $94.50 | $90.00 | $111.18 |
| * 8970 | 2 GA RED-ROTOR LID 20 | 20 | Each | Case | $94.50 | $72.00 | $111.18 |
| * 8970AC | 2 GA AC RED-ROTOR LID 5 | 5 | Each | Case | $25.70 | $24.48 | $30.24 |
| 8974 | PLASTIC HOLDER FOR 8970      5 | 5 | Each | Case | $51.41 | $48.96 | $60.48 |
| * 8975 | 2 GA WIRE HOLDER  5 | 5 | Each | Case | $44.98 | $42.84 | $52.92 |
| * 897700 | Dispenser Rack, Surg. Blade | 1 | Each | Case | $10.60 | $10.09 | $12.47 |
| 8979C | 2 GA CLEAR-ROTOR LID 20 | 20 | Each | Case | $94.50 | $90.00 | $111.18 |
| 8979MW | 2 GA-RMW ROTOR LID 20 | 20 | Each | Case | $94.50 | $90.00 | $111.18 |
| * 8980 | 8 GA RED-HINGED LID 10 | 10 | Each | Case | $119.39 | $90.96 | $140.46 |
| * 8980AC | 8 GA AC RED-HINGED LID  3 | 3 | Each | Case | $37.49 | $35.70 | $44.10 |
| 8980FP | 8 GA FOOT PETAL CART FOR HINGED LID 1 | 1 | Each | Case | $313.95 | $299.00 | $369.35 |
| 8980MW | 8 GA-RMW HINGED LID 10 | 10 | Each | Case | $119.39 | $113.70 | $140.46 |
| 8980S | 8 GA RED-SLIDE LID 10 | 10 | Each | Case | $125.95 | $119.95 | $148.18 |
| * 8981FP | 8 GA FOOT PETAL CART FOR SLIDE LID 1 | 1 | Each | Case | $320.23 | $304.98 | $376.74 |
| * 8982 | 2 GA CHEMOTHERAPY CONTAINER-HINGED LID  20 | 20 | Each | Case | $116.21 | $110.67 | $136.72 |
| * 8982AC | 2 GA AC CHEMOTHERAPY CONTAINER-HINGED LID  5 | 5 | Each | Case | $29.99 | $28.56 | $35.28 |
| * 8982W | 2 GA WHITE CHEMOTHERAPY CONTAINER-HINGED LID | 20 | Each | Case | $116.21 | $110.67 | $136.72 |
| * 8984 | SECURITY BRACKET FOR 8980/8985 5 | 5 | Each | Case | $106.57 | $101.49 | $125.38 |
| 8985 | 8 GA CHEMOTHERAPY CONTAINER-HINGED LID   10 | 10 | Each | Case | $151.20 | $144.00 | $177.88 |
| * 8985AC | 8 GA AC CHEMOTHERAPY CONTAINER-HINGED LID  3 | 3 | Each | Case | $48.20 | $45.90 | $56.70 |
| 8985MW | 8 GA CHEMOTHERAPY CONTAINER RMW-HINGED LID | 10 | Each | Case | $151.20 | $144.00 | $177.88 |
| * 8985PG2 | 8 gal., PG2 rated Chemotherapy Sharps container | 10 | Each | Case | $146.88 | $146.88 | $172.80 |
| 8985S | 8 GA CHEMOTHERAPY CONTAINER-SLIDE LID  10 | 10 | Each | Case | $159.60 | $152.00 | $187.76 |
| * 8985SPG2 | 8 gal., PG2 rated Chemotherapy Sharps container,  slide top | 10 | Each | Case | $155.04 | $155.04 | $182.40 |
| * 8985W | 8 GA WHITE CHEMOTHERAPY CONTAINER-SLIDE LID | 10 | Each | Case | $154.22 | $146.88 | $181.44 |
| 8989 | 18 GA CHEMOTHERAPY CONTAINER-HINGED LID 5 | 5 | Each | Case | $135.45 | $129.00 | $159.35 |
| * 8989PG2 | 18 gal., PG2 rated Chemotherapy Sharps container | 5 | Each | Case | $136.17 | $136.17 | $160.20 |
| * 8989W | 18 GA WHITE CHEMOTHERAPY CONTAINER-HINGED | 5 | Each | Case | $138.16 | $131.58 | $162.54 |
| 8990SA | 2 GA RED-HINGED LID 20 | 20 | Each | Case | $97.65 | $93.00 | $114.88 |
| 8991 | 18 GA RED-HINGED LID 5 | 5 | Each | Case | $114.82 | $109.35 | $135.08 |
| 8991FP | 12, 18 FOOT PETAL CART FOR HINGED LID 1 | 1 | Each | Case | $313.95 | $299.00 | $369.35 |
| * 8992H | 8, 12, 18 GA FLOOR BRACKET W/ HANDLES 1 | 1 | Each | Case | $101.75 | $96.90 | $119.70 |
| * 8993H | CART FOR BIOMAX WASTE CONTAINER 1 | 1 | Each | Case | $128.52 | $122.40 | $151.20 |
| * 8996 | 2 GA RED BIOMAX-GASEKTED HINGED LID 20 | 20 | Each | Case | $105.50 | $100.47 | $124.12 |
| 8997 | 8 GA RED BIOMAX-HINGED LID 10 | 10 | Each | Case | $131.46 | $125.20 | $154.66 |
| * 8997PG2 | 8 gal., PG2 rated Biomax Sharps container | 10 | Each | Case | $127.70 | $127.70 | $150.24 |
| 8997S | 8 GA RED BIOMAX-SLIDE LID 10 | 10 | Each | Case | $149.10 | $142.00 | $175.41 |
| * 8997SPG2 | 8GAL PG2 BIMAX SHRPS CONT SLID | 10 | Each | Case | $144.84 | $144.84 | $170.40 |
| 8998 | 18 GA RED BIOMAX-GASKETED HINGED LID 5 | 5 | Each | Case | $126.47 | $120.45 | $148.79 |
| * 8998PG2 | 18 gal., PG2 rated Biomax Sharps container | 5 | Each | Case | $122.86 | $122.86 | $144.54 |
| 8998S | 18 GA RED BIOMAX-GASKETED SLIDE LID 5 | 5 | Each | Case | $134.03 | $127.65 | $157.68 |
| * 8998SPG2 | 18 gal., PG2 rated Biomax Sharps container, slide top | 5 | Each | Case | $130.20 | $130.20 | $153.18 |
| 9022 | VERSALON All Purpose Sponge, 4 Ply, 2"x2" | 8000 | Each | Case | $89.32 | $75.43 | $105.08 |
| 9023 | VERSALON All Purpose Sponge, 4 Ply, 3"x3" | 4000 | Each | Case | $88.12 | $74.43 | $103.67 |
| 9024 | VERSALON All Purpose Sponge, 4 Ply, 4"x4" | 2000 | Each | Case | $78.56 | $64.12 | $92.42 |
| 9026 | VERSALON All Purpose Sponge, 4 Ply, 4"x3" | 2000 | Each | Case | $67.05 | $54.08 | $78.88 |
| 9080 | CURAFOAM PLUS Dressing 2.5 in. x 2.5 in., 25/Box, 4 Boxes/Cs | 100 | Each | Case | $190.00 | $185.00 | $223.53 |
| 9081 | CURAFOAM PLUS Dressing 4 in. x 4 in., 25/Box, 4 Boxes/Cs | 100 | Each | Case | $225.00 | $220.00 | $264.71 |
| 9082 | CURAFOAM PLUS Dressing 4 in. x 8 in., 25/Box, 2 Boxes/Cs | 50 | Each | Case | $155.00 | $150.00 | $182.35 |
| 9083 | CURAFOAM PLUS Dressing 4 in. x 5 in., 25/Box, 2 Boxes/Cs | 50 | Each | Case | $300.00 | $295.00 | $352.94 |
| 9084 | CURAFOAM PLUS Dressing 6 in. x 6 in., 25/Box, 2 Boxes/Cs | 50 | Each | Case | $325.00 | $320.00 | $382.35 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

* Indicates new codes or price changes.

| Item No. | Description | Quantity Shipping | Per Unit | Price Unit | 1-19 Case | 20+ Case | Suggeste Hospital |
|---|---|---|---|---|---|---|---|
| 9085 | CURAFOAM PLUS Dressing 8 in. x 8 in., 25/Box, 2 Boxes/Cs | 50 | Each | Case | $400.00 | $395.00 | $470.59 |
| 9090 | CURAFOAM ISLAND 4X4-2X2 PD SZ | 50 | Each | Case | $150.00 | $140.00 | $176.47 |
| 9091 | CURAFOAM ISLAND 6X6- 4X4 PD SZ | 50 | Each | Case | $225.00 | $215.00 | $264.71 |
| 9092 | CURAFOAM ISLAND 8X8- 6X6 PD SZ | 30 | Each | Case | $250.00 | $240.00 | $294.12 |
| 9100SA | Kit, Funnel with Tube, Sterile, 100/Cs. | 100 | Each | Case | $242.30 | $242.30 | $285.06 |
| 9132 | VERSALON All Purpose Sponge, 3 Ply, 2"x2" | 5000 | Each | Case | $43.66 | $37.39 | $51.36 |
| 9134 | VERSALON All Purpose Sponge, 3 Ply, 4"x4" | 4000 | Each | Case | $101.99 | $85.99 | $119.99 |
| 9136 | VERSALON All Purpose Sponge, 3 Ply, 3"x4" | 4000 | Each | Case | $94.46 | $78.72 | $111.13 |
| 9173 | WINGS MAXIMA Underpad, 10's, 30x30, 10/Bag, 8 Bags/Cs. | 80 | Each | Case | $28.22 | $27.41 | $33.20 |
| * 9190 | TENDERSORB Abdominal Pad, 5"x9" | 256 | Each | Case | $59.80 | $50.57 | $70.35 |
| * 9192 | TENDERSORB Abdominal Pad, 7 1/2"x8" | 200 | Each | Case | $51.91 | $43.26 | $61.07 |
| * 9194 | TENDERSORB Abdominal Pad, 8"x10" | 144 | Each | Case | $52.61 | $43.84 | $61.89 |
| * 920B25 | INSERT | 250 | Each | Case | $39.20 | $35.24 | $46.12 |
| 9231 | CURASORB Calcium Alginate Dressing, 12" rope | 20 | Each | Case | $70.56 | $67.20 | $83.01 |
| 9232 | CURASORB Calcium Alginate Dressing, 2"x2" | 100 | Each | Case | $168.00 | $160.00 | $197.65 |
| 9233 | CURASORB Calcium Alginate Dressing, 4 in. x 4 in. | 50 | Each | Case | $150.99 | $143.80 | $177.64 |
| 9236 | CURASORB Plus Calcium Alginate Dressing, 4"x4" | 50 | Each | Case | $208.43 | $198.50 | $245.21 |
| 9238 | CURASORB Calcium Alginate Dressing, 8"x4" | 50 | Each | Case | $269.85 | $257.00 | $317.47 |
| 9239 | CURASORB Calcium Alginate Dressing, 6"x10" | 50 | Each | Case | $504.00 | $480.00 | $592.94 |
| 9240 | CURASORB Calcium Alginate Dressing, 4" x 5 1/2" | 50 | Each | Case | $208.95 | $199.00 | $245.82 |
| 9242 | CURASORB Calcium Alginate Dressing, 12"x24" | 5 | Each | Case | $393.75 | $375.00 | $463.24 |
| 9243 | CURASORB Calcium Alginate Dressing, 24" rope | 20 | Each | Case | $120.75 | $115.00 | $142.06 |
| 9244 | CURASORB Calcium Alginate Dressing, 36" rope | 20 | Each | Case | $173.25 | $165.00 | $203.82 |
| 9250 | CURAFIL Gel Wound Dressing, 1/2oz | 24 | Each | Case | $72.98 | $69.50 | $85.86 |
| 9251 | CURAFIL Gel Wound Dressing 1oz | 12 | Each | Case | $69.83 | $66.50 | $82.15 |
| 9252 | CURAFIL Gel Wound Dressing 3oz | 12 | Each | Case | $103.43 | $98.50 | $121.68 |
| 9255 | CURAFIL Gauze, 2x2 | 100 | Each | Case | $92.00 | $87.00 | $108.24 |
| 9256 | CURAFIL Gauze 4x4 | 100 | Each | Case | $165.00 | $150.00 | $194.12 |
| 9257 | CURAFIL Gauze, 8x4 | 100 | Each | Case | $265.00 | $250.00 | $311.76 |
| 9259 | CURAFIL 1 in. x 36 in. Hydrogel Packing Strip | 72 | Each | Case | $193.20 | $178.00 | $227.29 |
| 931B24 | HANDICARE Liners, Large (Polymer) 10" x 24", 6/24's | 144 | Each | Case | $46.03 | $40.51 | $54.15 |
| 9351 | CURASORB Zinc 12 in. Rope | 20 | Each | Case | $71.40 | $68.00 | $84.00 |
| 9354 | CURASORB Zinc 2 in. x 2 in. | 100 | Each | Case | $171.15 | $163.00 | $201.35 |
| 9355 | CURASORB Zinc 4 in. x 4 in. | 50 | Each | Case | $151.20 | $144.00 | $177.88 |
| 9356 | CURASORB Zinc 4 in. x 8 in. | 50 | Each | Case | $273.00 | $260.00 | $321.18 |
| 9390 | CURAFOAM Hydrophilic Foam Dressing, 2"x2" | 100 | Each | Case | $100.00 | $97.00 | $117.65 |
| 9391 | CURAFOAM Hydrophilic Foam Dressing, 4"x4" | 100 | Each | Case | $116.00 | $114.00 | $136.47 |
| 9392 | CURAFOAM Hydrophilic Foam Dressing, 4"x4" | 50 | Each | Case | $142.14 | $139.06 | $167.22 |
| 9393 | CURAFOAM Hydrophilic Foam Dressing, 8"x4" | 100 | Each | Case | $208.00 | $202.85 | $244.71 |
| 9394 | CURAFOAM Hydrophilic Foam Dressing, 6"x10" | 50 | Each | Case | $359.36 | $336.76 | $422.78 |
| 9395 | CURAFOAM Hydrophilic Foam Dressing, 8"x10" | 50 | Each | Case | $416.00 | $411.00 | $489.41 |
| 9396 | CURAFOAM Hydrophilic Foam Dressing 4"x5" | 100 | Each | Case | $161.00 | $156.00 | $189.41 |
| 939B10 | Deluxe Grade Fluff, Nonwoven, 23" x 36", 15/10's | 150 | Each | Case | $34.35 | $30.23 | $40.41 |
| 939B5 | Deluxe Grade Fluff, Nonwoven, 23" x 36", 30/5's | 150 | Each | Case | $39.27 | $34.56 | $46.20 |
| 9400 | MaterniMates Hydrogel Dressings 1.5 " Disc | 50 | Each | Case | $90.00 | $85.00 | $105.88 |
| 9401 | MaterniMates Hydrogel Dressing 3. " Disc | 50 | Each | Case | $160.00 | $156.00 | $188.24 |
| 9411 | TENDERFIX Nonwoven Tape 1 in. x 10 yrds. | 24 | Each | Case | $52.00 | $48.50 | $61.18 |
| 9412 | TENDERFIX Nonwoven Tape 2 in. x 10 yrds. | 12 | Each | Case | $52.00 | $48.50 | $61.18 |
| 9413 | TENDERFIX Nonwoven Tape 3 in. x 10 yrds. | 12 | Each | Case | $75.00 | $72.50 | $88.24 |
| 9414 | TENDERFIX Nonwoven Tape 4 in. x 10 yrds. | 12 | Each | Case | $100.00 | $96.50 | $117.65 |
| 9416 | TENDERFIX Nonwoven Tape 6 in. x 10 yrds. | 12 | Each | Case | $150.00 | $144.50 | $176.47 |
| 9418 | TENDERFIX Nonwoven Tape 8 in. x 10 yrds. | 6 | Each | Case | $100.00 | $96.50 | $117.65 |
| 948 | MAXI CARE Underpads,Institutional, 10/10's | 100 | Each | Case | $40.26 | $35.43 | $47.36 |
| 948B5 | MAXI CARE Underpads, Institutional, 20/5's | 100 | Each | Case | $43.34 | $38.14 | $50.99 |
| 949 | DURASORB Underpad, 17 1/2" x 24" | 300 | Each | Case | $34.18 | $28.03 | $40.21 |
| 949B10 | Deluxe Grade Fluff, Nonwoven, 30" x 30", 10/10's | 100 | Each | Case | $27.84 | $24.50 | $32.75 |
| 9500SA | Catheter Specimen Kit, 100/Cs. | 100 | Each | Case | $162.17 | $162.17 | $190.79 |
| 9501 | WINGS Supreme Brief, Medium, 12/Bag, 8 Bags/Cs. | 96 | Each | Case | $48.14 | $41.86 | $56.64 |
| 9502 | WINGS Supreme Brief, Large, 12/Bag, 6 Bags/Cs. | 72 | Each | Case | $49.37 | $42.92 | $58.08 |
| 95516 | Catheter Care Kit w/Povidone-Iodine, rayon balls | 50 | Each | Case | $92.86 | $88.44 | $109.25 |
| 958B10 | MAXI CARE Super Large Underpads, 5/10's | 50 | Each | Case | $21.27 | $18.72 | $25.02 |
| 958B5 | MAXI CARE Super Large Underpads, Sealed Bag, 10/5's | 50 | Each | Case | $22.78 | $20.05 | $26.80 |
| 959 | SPECIAL Underpads, Sta-Put w/Adhesive Strips, 6/12's | 72 | Each | Case | $32.49 | $28.87 | $38.22 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

* Indicates new codes or price changes.

| | Item No. | Description | Quantity Shipping | Per Unit | Price Unit | 1-19 Case | 20+ Case | Suggested Hospital |
|---|---|---|---|---|---|---|---|---|
| * | 9640 | YIELD Nonadherent Dressings, Sterile 1's | 2400 | Each | Case | $170.79 | $155.32 | $200.93 |
| * | 9642 | YIELD Nonadherent Dressings, Sterile 1's | 2400 | Each | Case | $272.27 | $247.60 | $320.32 |
| | 965B20 | GARMENT LINER | 200 | Each | Case | $30.37 | $26.88 | $35.73 |
| | 968 | SPECIAL Underpads, Extra Large 36" x 36" | 48 | Each | Case | $28.85 | $25.38 | $33.94 |
| | 97050 | Amniocentesis Tray with 20GA x 1 1/2" needle, Lido | 10 | Trays | Case | $137.42 | $131.19 | $161.67 |
| | 97051 | Amniocentesis Tray with 20GA x 1 1/2" needle | 10 | Trays | Case | $130.88 | $124.94 | $153.98 |
| | 97925 | Urine Specimen Collection Kit | 100 | Each | Case | $93.17 | $88.73 | $109.61 |
| | 9801 | ULTEC PRO Alginate Hydrocolloid Dressing, 4"x4", 5/Ctn, 1 | 50 | Each | Case | $133.88 | $127.50 | $157.51 |
| | 9802 | ULTEC PRO Alginate Hydrocolloid Dressing, 6"x6", 5/Ctn, 1 | 50 | Each | Case | $215.00 | $212.50 | $252.94 |
| | 9804 | ULTEC PRO Alginate Hydrocolloid Dressing, 8"x8", 5/Ctn, 1 | 50 | Each | Case | $410.00 | $400.00 | $482.35 |
| | 9805 | ULTEC PRO 4" x 5" Sacral Dressing | 50 | Each | Case | $230.00 | $225.00 | $270.59 |
| | 9806 | ULTEC PRO 6" x 7" Sacral Dressing | 50 | Each | Case | $430.00 | $425.00 | $505.88 |
| | 9807 | Ultec Pro Boarder 2.5" x 2.5" | 50 | Each | Case | $110.00 | $105.00 | $129.41 |
| | 9808 | Ultec Pro Border 4" x 4" | 50 | Each | Case | $165.00 | $160.00 | $194.12 |
| | 9809 | Ultec Pro Border 6" x 6" | 50 | Each | Case | $350.00 | $340.00 | $411.76 |
| | 982B10 | SPECIAL Underpads, Betacare, 10/10's | 100 | Each | Case | $31.65 | $27.85 | $37.24 |
| | 984 | SPECIAL Underpads, Maxiflo Breathable, 6/10's | 60 | Each | Case | $46.70 | $41.10 | $54.94 |
| | 988 | SPECIAL Underpads, Maxiflo Breathable, 6/12's | 72 | Each | Case | $47.74 | $42.01 | $56.16 |
| | 988B6 | SPECIAL Underpads, Maxiflo Breathable, 12/6's | 72 | Each | Case | $49.48 | $43.54 | $58.21 |
| | 9890 | CURI-STRIP Adhesive Wound Closure, 1/8"x3" | 1000 | Each | Case | $148.65 | $141.57 | $174.88 |
| | 9891 | CURI-STRIP Adhesive Wound Closure, 1/4"x1 1/2" | 1200 | Each | Case | $148.65 | $141.57 | $174.88 |
| | 9892 | CURI-STRIP Adhesive Wound Closure, 1/4"x3" | 600 | Each | Case | $148.65 | $141.57 | $174.88 |
| | 9893 | CURI-STRIP Adhesive Wound Closure, 1/4"x4" | 2000 | Each | Case | $234.06 | $222.92 | $275.36 |
| | 9894 | CURI-STRIP Adhesive Wound Closure, 1/2"x4" | 1200 | Each | Case | $234.06 | $222.92 | $275.36 |
| | 9895 | CURI-STRIP Adhesive Wound Closure | 400 | Each | Case | $234.06 | $222.92 | $275.36 |
| | 9900 | CURAGEL Hydrogel Wound Dressing, 2"x3" | 50 | Each | Case | $106.50 | $101.25 | $125.29 |
| | 99000 | STICKSAFE 4.5 OZ CUP 100 STRL | 100 | Each | Case | $69.00 | $69.00 | $98.71 |
| | 9901 | CURAGEL Hydrogel Wound Dressing 4"x4" | 50 | Each | Case | $127.50 | $122.40 | $150.00 |
| | 99014 | Instrument Set w/Straight Kelly Hemostat & Forceps | 20 | Each | Case | $77.06 | $73.39 | $90.66 |
| | 99016 | Incision Drainage Set w/Blade,Kelly Hemostat | 20 | Each | Case | $68.68 | $65.41 | $80.80 |
| | 99017 | Incision Drainage Set w/Forceps,Sharp/Blunt Scissor | 20 | Each | Case | $48.69 | $46.37 | $57.28 |
| | 99018 | Laceration Set w/Sharp/Blunt Scissors, forceps | 20 | Each | Case | $94.20 | $89.71 | $110.82 |
| | 9902 | CURAGEL Hydrogel Wound Dressing, 8"x8" | 15 | Each | Case | $123.00 | $117.50 | $144.71 |
| | 9903 | CURAGEL Island Hydrogel Wound Dressing, 3"x4" | 50 | Each | Case | $147.50 | $143.50 | $173.53 |
| | 9904 | CURAGEL Island Hydrogel Wound Dressing, 5"x5" | 50 | Each | Case | $156.50 | $151.50 | $184.12 |
| | 9905 | CURAGEL Island Hydrogel Wound Dressing, 8 1/2"x9 1/2" | 15 | Each | Case | $156.50 | $151.50 | $184.12 |
| * | 992130 | BAG URINE DRAIN RUSCH 400030 | 10 | Each | Case | $51.00 | $51.00 | $60.00 |
| * | 992160 | BAG URINE DRAIN 400040 NS | 10 | Each | Case | $51.00 | $51.00 | $60.00 |
| * | 992239 | TRAY URETH CATH CSTM/14 FR RED | 24 | Each | Case | $60.35 | $60.35 | $71.00 |
| * | 992261 | TRAY URETH CATH CSTM 14 FR | 24 | Each | Case | $56.27 | $56.27 | $66.20 |
| * | 992267 | TRAY URETH CATH CSTM W/O CATH | 24 | Each | Case | $56.27 | $56.27 | $66.20 |
| | 995 | SPECIAL Underpads, Institutional Packages, 4/12's | 48 | Each | Case | $38.56 | $33.94 | $45.36 |
| | AER0CRSS96 | PT PROGRD ULTMICRO THN ST 960 | 960 | Each | Package | $56.02 | $56.02 | $77.00 |
| | AER0REF01B | TIP PROGRD 2" 1-20ul BULK 1K | 1000 | Each | Package | $32.62 | $32.62 | $51.87 |
| | AER0REFS96 | TIP CER PRO 2"1-20ul STR 960 | 960 | Each | Package | $51.66 | $51.66 | $95.18 |
| | AER1REF01B | TIP PROGRD 2" 1-150ul BULK 1K | 1000 | Each | Package | $32.62 | $32.62 | $51.87 |
| | AER1REFS96 | PT CER PRO 2" 1-150ul STR 960 | 960 | Each | Package | $51.66 | $51.66 | $95.18 |
| | AER2REF01B | TIP PROGRD 2" 5-50ul BULK 1K | 1000 | Each | Package | $32.62 | $32.62 | $51.87 |
| | AER2REFS96 | TIP CER PRO 2"5-50ul STR 960 | 960 | Each | Package | $51.66 | $51.66 | $95.18 |
| | AER3REF01B | TIP PROGRD 2" 0.5-5ul BULK 1K | 1000 | Each | Package | $32.62 | $32.62 | $51.87 |
| | AER3REFS96 | TIP CER PRO 2" .5-5ul STR 960 | 960 | Each | Package | $51.66 | $51.66 | $95.18 |
| | AER4REFS96 | PT CER PRO 2" 1-200ul STR 960 | 960 | Each | Package | $56.02 | $56.02 | $95.18 |
| | AER5REFS96 | PT PRO 2-1/16" 250uL NAT 960 | 960 | Each | Package | $63.95 | $63.95 | $101.60 |
| | AER8REFS96 | PT PRO 2-1/16" 1-150uL NAT 960 | 960 | Each | Package | $63.95 | $63.95 | $101.60 |
| | AERSTEIA18 | PT PROGRD 2-13/16 BL STR 1K | 1000 | Each | Case | $63.95 | $63.95 | $101.60 |
| | AERUPIPS96 | PT PROGRD ULMICRO MIN ST 960 | 960 | Each | Package | $56.02 | $56.02 | $77.00 |
| * | BP1000 | BONE MARR PREP TY W/O NEEDLE | 10 | Each | Case | $270.00 | $245.00 | $317.65 |
| | EHS928 | INTERSOARB Dry Burn Dressing | 40 | Each | Case | $148.20 | $148.20 | $174.35 |
| | RES0CRS01B | TIP MICRO THIN BULK 1000 | 1000 | Each | Package | $16.61 | $16.61 | $29.94 |
| | RES0CRS096 | TIP MICRO THIN ATPK 960 | 960 | Each | Package | $26.45 | $26.45 | $37.43 |
| | RES0CRSS96 | TIP MICRO THIN ATP STR 960 | 960 | Each | Package | $27.67 | $27.67 | $40.64 |
| | RES0GELR01 | PT 1.0-200uL RND GEL 200R 400 | 400 | Each | Case | $36.90 | $36.90 | $42.78 |
| | RESRREFS96 | TIP 2" NAT UNI RNSE ATP ST 960 | 960 | Each | Package | $44.81 | $44.81 | $59.89 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

* Indicates new codes or price changes.

| | Item No. | Description | Quantity Shipping | Per Unit | Price Unit | 1-19 Case | 20+ Case | Suggested Hospital |
|---|---|---|---|---|---|---|---|---|
| | RESRSTEA18 | PT 2 13/16 BLU AUTO RNASE 1K | 1000 | Each | Package | $45.51 | $45.51 | $69.51 |
| | RESUPIP010 | TIP MICRO MINI BULK 1000 | 1000 | Each | Package | $16.61 | $16.61 | $29.94 |
| | RESUPIP096 | TIP MICRO MINI ATPK 960 | 960 | Each | Package | $26.45 | $26.45 | $37.43 |
| | RESUPIPS96 | TIP MICRO MINI ATP STR 960 | 9600 | Each | Package | $27.17 | $27.17 | $39.90 |
| * | SC2013X | 13G X 2in Bone Marrow Snarecoil Needle    (made-to-order) | 10 | Each | Ctn | $380.00 | $365.00 | $447.06 |
| * | SC3353 | Bone Marrow Snarecoil Tray 13G X 3in without    Needle (made | 10 | Each | Case | $590.00 | $565.00 | $694.12 |
| * | SC3411 | Bone Marrow Snarecoil Tray 11g X 4in w/out Needle | 10 | Each | Case | $520.00 | $495.00 | $611.76 |
| * | SC3513X | 13G X 3in Bone Marrow Snarecoil Needle    (made-to-order) | 10 | Each | Ctn | $400.00 | $385.00 | $470.59 |
| * | SC4011X | 11G X 4in Bone Marrow Snarecoil Needle | 10 | Each | Ctn | $330.00 | $315.00 | $388.24 |
| * | SC4508 | BN MARR SC TY 8X4IN W/I NDLE | 10 | Each | Case | $590.00 | $565.00 | $694.12 |
| * | SC4511 | Bone Marrow Snarecoil Tray 11g X 4in with Needle | 10 | Each | Case | $550.00 | $525.00 | $647.06 |
| * | SC5008X | 8GX5IN BN MARR SNARECOIL NDL | 10 | Each | Ctn | $400.00 | $385.00 | $470.59 |
| * | SC6011X | 11GX6IN BN MARR SNARECOIL NDLE | 10 | Each | Ctn | $380.00 | $365.00 | $447.06 |
| * | SCE2015 | ECONOMY BONE MARROW TRAY | 10 | Each | Case | $275.00 | $250.00 | $323.53 |
| * | SCE3411 | EC BN MARR TY 11GX4IN W/O I ND | 10 | Each | Case | $495.00 | $470.00 | $582.35 |
| * | SCE4511 | EC BN MARR TY 11GX4IN W/I NDL | 10 | Each | Case | $525.00 | $500.00 | $617.65 |
| | SEALPLT100 | SEALPLTFLM 2.0mil PESTR NS 100 | 100 | Each | Ctn | $24.11 | $24.11 | $37.43 |
| | SEALPLTPP2 | SEALPLT FLM 2.0mil PP NS 100 | 100 | Each | Ctn | $30.25 | $30.25 | $47.05 |
| | SEALPLTSTR | SEALPLTFLM 2.0mil PESTR ST 100 | 100 | Each | Ctn | $32.10 | $32.10 | $48.12 |
| | SEALPLTTHN | SEALPLTFLM 1.0mil PESTR NS 100 | 100 | Each | Ctn | $25.83 | $25.83 | $40.37 |
| | SEALPP2STR | SEALPLT FLM 2.0mil PP STR 100 | 100 | Each | Ctn | $39.35 | $39.35 | $58.82 |
| | SEALTHNSTR | SEALPLTFLM 1.0mil PESTR ST 100 | 100 | Each | Ctn | $34.44 | $34.44 | $51.33 |
| * | SU17500 | 4 1/2 oz Sterile Graduated Wide Mouth Specimen Containers | 400 | Each | Case | $34.02 | $34.02 | $42.02 |
| | SU8505 | I.V. Start Kit | 100 | Kits | Case | $124.46 | $118.63 | $146.42 |
| | UNVSTND000 | TIP 2" NAT UNI REF BULK 1000 | 1000 | Each | Package | $10.46 | $10.46 | $29.54 |
| | UNVSTND096 | PT 2" NAT UNI REF ATP96 960 | 960 | Each | Package | $21.53 | $21.53 | $43.85 |
| | UNVSTND201 | TIP 2" NAT UNI REF ATP200 1K | 1000 | Each | Package | $20.32 | $20.32 | $40.90 |
| | UNVSTNDS96 | TIP 2" NT UNI RF AT96 SUCL 960 | 960 | Each | Package | $25.24 | $25.24 | $46.25 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale |
| --- |
| Medical |
| $13.37 |
| $39.57 |
| $31.01 |
| $38.50 |
| $49.19 |
| $41.71 |
| $34.76 |
| $35.29 |
| $19.25 |
| $38.50 |
| $32.08 |
| $15.24 |
| $58.82 |
| $58.82 |
| $25.16 |
| $51.87 |
| $39.57 |
| $35.29 |
| $43.85 |
| $49.19 |
| $49.19 |
| $53.47 |
| $68.43 |
| $68.43 |
| $68.43 |
| $68.43 |
| $47.05 |
| $31.12 |
| $74.33 |
| $72.99 |
| $80.46 |
| $96.25 |
| $44.11 |
| $44.11 |
| $44.11 |
| $57.48 |
| $57.48 |
| $40.37 |
| $42.51 |
| $209.61 |
| $40.37 |
| $42.51 |
| $103.20 |
| $167.37 |
| $25.67 |
| $25.67 |
| $22.46 |
| $22.46 |
| $131.01 |
| $131.54 |
| $151.33 |
| $125.66 |
| $126.19 |
| $32.35 |
| $78.21 |
| $34.22 |
| $71.65 |
| $32.35 |
| $78.21 |
| $38.50 |
| $38.50 |
| $38.50 |
| $33.74 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $38.50 |
| $34.22 |
| $55.61 |
| $101.60 |
| $56.94 |
| $112.29 |
| $27.81 |
| $69.51 |
| $65.23 |
| $102.66 |
| $56.94 |
| $78.07 |
| $164.69 |
| $155.07 |
| $117.64 |
| $108.01 |
| $161.48 |
| $151.86 |
| $98.39 |
| $90.90 |
| $106.94 |
| $94.11 |
| $110.15 |
| $141.16 |
| $126.73 |
| $117.64 |
| $96.25 |
| $112.29 |
| $99.46 |
| $110.15 |
| $117.64 |
| $111.22 |
| $103.73 |
| $109.08 |
| $99.46 |
| $105.87 |
| $96.25 |
| $54.54 |
| $49.19 |
| $52.40 |
| $63.10 |
| $49.19 |
| $49.19 |
| $40.74 |
| $40.74 |
| $40.74 |
| $40.74 |
| $40.74 |
| $40.74 |
| $24.60 |
| $26.74 |
| $26.74 |
| $26.74 |
| $26.74 |
| $36.36 |
| $41.71 |
| $41.71 |
| $35.29 |
| $43.85 |
| $38.50 |
| $41.71 |
| $50.80 |
| $39.57 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $31.01 |
| $19.25 |
| $78.07 |
| $29.94 |
| $37.43 |
| $29.94 |
| $37.43 |
| $82.35 |
| $78.07 |
| $53.47 |
| $38.50 |
| $23.00 |
| $23.00 |
| $53.47 |
| $53.47 |
| $18.18 |
| $23.53 |
| $40.64 |
| $45.99 |
| $22.87 |
| $25.55 |
| $96.76 |
| $112.04 |
| $99.81 |
| $115.09 |
| $132.41 |
| $122.22 |
| $101.85 |
| $117.13 |
| $112.04 |
| $115.09 |
| $104.91 |
| $111.02 |
| $101.85 |
| $48.50 |
| $50.26 |
| $53.47 |
| $67.37 |
| $74.86 |
| $47.69 |
| $158.25 |
| $78.96 |
| $51.05 |
| $223.53 |
| $51.05 |
| $50.75 |
| $50.75 |
| $50.75 |
| $463.88 |
| $50.75 |
| $47.69 |
| $44.78 |
| $45.98 |
| $463.88 |
| $44.04 |
| $63.57 |
| $59.60 |
| $63.45 |
| $63.45 |
| $266.91 |
| $187.44 |
| $81.00 |
| $122.61 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $75.51 |
| $122.61 |
| $66.32 |
| $72.87 |
| $348.95 |
| $76.46 |
| $81.72 |
| $52.08 |
| $42.84 |
| $81.71 |
| $70.37 |
| $53.85 |
| $42.84 |
| $50.12 |
| $68.82 |
| $31.83 |
| $90.33 |
| $30.00 |
| $75.00 |
| $28.35 |
| $30.00 |
| $82.50 |
| $105.00 |
| $180.00 |
| $258.00 |
| $382.50 |
| $29.40 |
| $397.08 |
| $38.50 |
| $38.50 |
| $38.50 |
| $38.50 |
| $38.50 |
| $38.50 |
| $38.50 |
| $38.50 |
| $38.50 |
| $38.50 |
| $38.50 |
| $38.50 |
| $38.50 |
| $38.50 |
| $38.50 |
| $37.43 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |
| $19.51 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $19.51 |
| $20.32 |
| $20.32 |
| $20.32 |
| $20.32 |
| $20.32 |
| $20.32 |
| $20.32 |
| $20.32 |
| $20.32 |
| $20.32 |
| $20.32 |
| $20.32 |
| $20.32 |
| $20.32 |
| $20.32 |
| $20.32 |
| $20.32 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $9.62 |
| $10.69 |
| $10.69 |
| $10.69 |
| $10.69 |
| $10.69 |
| $10.69 |
| $10.43 |
| $10.69 |
| $10.69 |
| $10.69 |
| $10.69 |
| $10.69 |
| $10.69 |
| $10.69 |
| $10.69 |
| $10.69 |
| $10.69 |
| $10.69 |
| $62.03 |
| $62.03 |
| $62.03 |
| $62.03 |
| $62.03 |
| $62.03 |
| $62.03 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $62.03 |
| $62.03 |
| $62.03 |
| $62.03 |
| $62.03 |
| $62.03 |
| $62.03 |
| $62.03 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $22.72 |
| $85.55 |
| $85.55 |
| $85.55 |
| $85.55 |
| $85.55 |
| $85.55 |
| $85.55 |
| $85.55 |
| $85.55 |
| $85.55 |
| $85.55 |
| $85.55 |
| $85.55 |
| $85.55 |
| $85.55 |
| $22.46 |
| $21.39 |
| $169.74 |
| $178.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $29.41 |
| $29.41 |
| $29.41 |
| $29.41 |
| $29.41 |
| $29.41 |
| $29.41 |
| $29.41 |
| $29.41 |
| $29.41 |
| $29.41 |
| $29.41 |
| $29.41 |
| $29.41 |
| $29.41 |
| $136.50 |
| $96.59 |
| $175.20 |
| $262.98 |
| $415.46 |
| $84.27 |
| $86.60 |
| $86.60 |
| $86.60 |
| $86.60 |
| $69.60 |
| $69.60 |
| $102.47 |
| $102.47 |
| $102.47 |
| $102.47 |
| $102.47 |
| $102.47 |
| $102.47 |
| $102.47 |
| $102.47 |
| $102.47 |
| $102.47 |
| $102.47 |
| $102.47 |
| $102.47 |
| $86.60 |
| $65.49 |
| $65.49 |
| $85.20 |
| $85.20 |
| $126.57 |
| $126.57 |
| $126.57 |
| $126.57 |
| $126.57 |
| $100.41 |
| $100.41 |
| $100.41 |
| $100.41 |
| $77.25 |
| $77.25 |
| $91.50 |
| $91.50 |
| $91.50 |
| $75.12 |
| $75.12 |
| $75.12 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
|---|
| $69.02 |
| $71.43 |
| $71.43 |
| $71.43 |
| $243.38 |
| $243.38 |
| $71.43 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $78.81 |
| $104.78 |
| $68.57 |
| $54.65 |
| $54.65 |
| $50.75 |
| $50.75 |
| $50.75 |
| $68.57 |
| $54.98 |
| $50.75 |
| $54.98 |
| $163.62 |
| $49.20 |
| $61.37 |
| $810.00 |
| $28.34 |
| $35.83 |
| $24.63 |
| $34.76 |
| $21.65 |
| $13.37 |
| $20.32 |
| $21.12 |
| $21.12 |
| $21.12 |
| $21.12 |
| $21.12 |
| $20.32 |
| $26.74 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $20.32 |
| $20.32 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $31.55 |
| $20.86 |
| $17.11 |
| $14.56 |
| $14.56 |
| $14.56 |
| $29.94 |
| $122.98 |
| $21.12 |
| $183.94 |
| $37.43 |
| $56.68 |
| $48.12 |
| $66.30 |
| $23.53 |
| $22.46 |
| $20.32 |
| $20.86 |
| $23.53 |
| $692.58 |
| $705.82 |
| $26.74 |
| $27.81 |
| $27.81 |
| $27.81 |
| $27.81 |
| $35.29 |
| $56.68 |
| $53.47 |
| $67.37 |
| $41.51 |
| $12.83 |
| $158.12 |
| $56.68 |
| $67.37 |
| $19.79 |
| $20.86 |
| $19.79 |
| $20.86 |
| $20.86 |
| $19.79 |
| $36.90 |
| $34.22 |
| $20.86 |
| $19.79 |
| $20.86 |
| $19.79 |
| $20.86 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale |
| Medical |
| --- |
| $19.79 |
| $36.90 |
| $34.22 |
| $20.86 |
| $24.60 |
| $35.29 |
| $18.72 |
| $18.72 |
| $17.48 |
| $39.57 |
| $39.57 |
| $51.33 |
| $67.37 |
| $62.03 |
| $78.07 |
| $29.34 |
| $49.80 |
| $43.10 |
| $93.33 |
| $93.33 |
| $93.33 |
| $210.00 |
| $210.00 |
| $58.79 |
| $210.00 |
| $210.00 |
| $210.00 |
| $397.08 |
| $55.77 |
| $41.54 |
| $45.60 |
| $107.06 |
| $86.81 |
| $74.42 |
| $91.58 |
| $91.58 |
| $91.58 |
| $91.58 |
| $91.58 |
| $91.58 |
| $51.93 |
| $86.91 |
| $59.00 |
| $112.50 |
| $112.50 |
| $135.00 |
| $132.00 |
| $132.00 |
| $121.02 |
| $210.00 |
| $69.78 |
| $210.00 |
| $121.02 |
| $78.00 |
| $78.00 |
| $90.00 |
| $96.00 |
| $96.00 |
| $121.02 |
| $210.00 |
| $121.02 |
| $210.00 |
| $121.02 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $210.00 |
| $121.02 |
| $121.02 |
| $87.50 |
| $121.02 |
| $45.42 |
| $51.08 |
| $118.25 |
| $303.54 |
| $248.03 |
| $121.89 |
| $125.99 |
| $103.02 |
| $99.32 |
| $93.45 |
| $91.26 |
| $144.59 |
| $810.00 |
| $92.70 |
| $65.39 |
| $81.32 |
| $108.00 |
| $69.89 |
| $247.40 |
| $45.72 |
| $56.27 |
| $269.33 |
| $168.53 |
| $210.00 |
| $210.00 |
| $210.00 |
| $210.00 |
| $104.67 |
| $210.00 |
| $397.08 |
| $15.27 |
| $210.00 |
| $207.24 |
| $40.97 |
| $210.00 |
| $143.33 |
| $28.62 |
| $26.70 |
| $26.70 |
| $29.42 |
| $109.79 |
| $116.25 |
| $112.89 |
| $23.88 |
| $23.88 |
| $23.88 |
| $43.02 |
| $23.42 |
| $216.88 |
| $282.62 |
| $170.33 |
| $272.25 |
| $183.33 |
| $183.33 |
| $358.65 |
| $78.87 |
| $102.90 |
| $216.88 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
|---|
| $49.47 |
| $49.47 |
| $49.47 |
| $49.47 |
| $58.77 |
| $58.77 |
| $58.77 |
| $58.77 |
| $55.05 |
| $55.05 |
| $87.68 |
| $80.28 |
| $59.13 |
| $67.16 |
| $68.64 |
| $24.32 |
| $30.00 |
| $26.70 |
| $39.59 |
| $39.18 |
| $27.24 |
| $112.25 |
| $48.21 |
| $81.74 |
| $33.75 |
| $33.75 |
| $65.93 |
| $48.32 |
| $104.82 |
| $210.00 |
| $104.82 |
| $210.00 |
| $65.93 |
| $104.82 |
| $210.00 |
| $210.00 |
| $104.82 |
| $32.01 |
| $210.00 |
| $104.82 |
| $104.82 |
| $210.00 |
| $104.82 |
| $210.00 |
| $104.82 |
| $104.82 |
| $104.82 |
| $107.85 |
| $119.10 |
| $93.06 |
| $124.79 |
| $177.86 |
| $177.86 |
| $177.86 |
| $177.86 |
| $137.75 |
| $96.86 |
| $137.75 |
| $235.79 |
| $402.83 |
| $95.81 |
| $184.91 |
| $111.47 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $170.34 |
| $38.55 |
| $156.81 |
| $72.54 |
| $114.14 |
| $164.30 |
| $47.72 |
| $81.66 |
| $40.28 |
| $23.48 |
| $29.42 |
| $68.70 |
| $107.54 |
| $36.36 |
| $70.20 |
| $57.75 |
| $47.69 |
| $51.41 |
| $70.58 |
| $27.81 |
| $148.32 |
| $44.96 |
| $84.00 |
| $124.17 |
| $121.65 |
| $121.65 |
| $121.65 |
| $56.49 |
| $121.65 |
| $121.65 |
| $397.08 |
| $56.10 |
| $127.50 |
| $127.50 |
| $127.50 |
| $127.50 |
| $173.64 |
| $101.28 |
| $162.38 |
| $103.82 |
| $112.25 |
| $141.05 |
| $1,067.03 |
| $301.53 |
| $204.00 |
| $197.51 |
| $54.63 |
| $227.13 |
| $60.23 |
| $349.86 |
| $349.86 |
| $402.35 |
| $349.86 |
| $402.35 |
| $150.44 |
| $321.69 |
| $321.69 |
| $321.69 |
| $265.29 |
| $262.50 |
| $195.00 |
| $196.88 |
| $60.00 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale |
| Medical |
| --- |
| $67.50 |
| $18.00 |
| $60.00 |
| $18.00 |
| $67.50 |
| $82.50 |
| $22.50 |
| $187.50 |
| $19.50 |
| $305.09 |
| $51.41 |
| $275.40 |
| $275.40 |
| $125.79 |
| $250.43 |
| $66.15 |
| $102.87 |
| $172.79 |
| $283.50 |
| $339.00 |
| $181.74 |
| $66.41 |
| $60.18 |
| $486.15 |
| $87.54 |
| $168.39 |
| $95.51 |
| $32.99 |
| $75.00 |
| $123.45 |
| $36.06 |
| $130.73 |
| $199.50 |
| $144.00 |
| $120.75 |
| $73.26 |
| $69.93 |
| $93.24 |
| $111.89 |
| $82.92 |
| $29.25 |
| $37.98 |
| $49.10 |
| $74.10 |
| $56.79 |
| $181.80 |
| $270.54 |
| $199.88 |
| $168.68 |
| $62.64 |
| $132.45 |
| $178.17 |
| $53.13 |
| $53.13 |
| $46.44 |
| $46.44 |
| $60.18 |
| $46.44 |
| $44.69 |
| $53.49 |
| $56.03 |
| $154.55 |
| $86.09 |