KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale |
| --- |
| **Medical** |
| $49.49 |
| $158.90 |
| $53.10 |
| $66.06 |
| $112.25 |
| $200.48 |
| $157.50 |
| $136.07 |
| $99.87 |
| $163.65 |
| $100.98 |
| $110.25 |
| $178.17 |
| $96.75 |
| $89.66 |
| $120.93 |
| $180.66 |
| $292.50 |
| $345.00 |
| $412.50 |
| $252.00 |
| $192.11 |
| $18.75 |
| $146.10 |
| $25.82 |
| $108.00 |
| $40.10 |
| $130.95 |
| $139.28 |
| $65.60 |
| $262.19 |
| $29.16 |
| $32.12 |
| $135.00 |
| $135.00 |
| $135.00 |
| $135.00 |
| $186.56 |
| $92.64 |
| $938.73 |
| $198.44 |
| $172.95 |
| $172.95 |
| $172.95 |
| $172.95 |
| $172.95 |
| $281.78 |
| $142.71 |
| $117.45 |
| $172.31 |
| $128.58 |
| $133.02 |
| $331.68 |
| $118.50 |
| $337.77 |
| $123.23 |
| $178.17 |
| $51.24 |
| $58.73 |
| $41.76 |
| $46.76 |
| $114.60 |
| $137.81 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale |
| --- |
| Medical |
| $161.25 |
| $283.50 |
| $43.05 |
| $43.05 |
| $639.62 |
| $199.02 |
| $69.12 |
| $43.50 |
| $43.05 |
| $363.57 |
| $165.14 |
| $69.12 |
| $43.05 |
| $49.19 |
| $95.69 |
| $103.34 |
| $43.50 |
| $43.05 |
| $203.63 |
| $69.12 |
| $43.05 |
| $49.19 |
| $32.79 |
| $33.75 |
| $32.79 |
| $43.05 |
| $69.12 |
| $59.16 |
| $35.96 |
| $139.77 |
| $13.07 |
| $197.81 |
| $121.27 |
| $327.73 |
| $92.46 |
| $92.79 |
| $416.10 |
| $134.52 |
| $93.64 |
| $149.04 |
| $314.66 |
| $136.78 |
| $55.72 |
| $145.53 |
| $145.53 |
| $147.48 |
| $191.42 |
| $156.46 |
| $56.76 |
| $287.73 |
| $247.75 |
| $92.66 |
| $141.21 |
| $121.93 |
| $280.14 |
| $79.85 |
| $78.29 |
| $90.84 |
| $90.47 |
| $161.78 |
| $158.61 |
| $98.06 |
| $122.83 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
|---|
| $115.29 |
| $115.29 |
| $115.29 |
| $128.29 |
| $142.10 |
| $144.94 |
| $122.83 |
| $100.02 |
| $76.50 |
| $78.03 |
| $128.29 |
| $96.44 |
| $124.33 |
| $125.78 |
| $96.44 |
| $69.24 |
| $107.42 |
| $117.69 |
| $104.22 |
| $90.06 |
| $108.95 |
| $78.18 |
| $176.35 |
| $176.35 |
| $184.23 |
| $100.46 |
| $54.56 |
| $118.83 |
| $69.24 |
| $109.56 |
| $32.79 |
| $33.75 |
| $121.93 |
| $32.79 |
| $43.05 |
| $59.16 |
| $35.96 |
| $95.69 |
| $70.62 |
| $78.03 |
| $144.94 |
| $96.44 |
| $128.29 |
| $111.22 |
| $102.95 |
| $39.02 |
| $7.80 |
| $166.95 |
| $211.52 |
| $146.51 |
| $103.34 |
| $149.54 |
| $149.54 |
| $149.54 |
| $152.53 |
| $14.46 |
| $78.03 |
| $54.62 |
| $132.60 |
| $132.60 |
| $132.60 |
| $135.25 |
| $22.95 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $86.00 |
| $87.71 |
| $86.00 |
| $86.00 |
| $87.71 |
| $14.46 |
| $80.33 |
| $135.34 |
| $126.39 |
| $154.45 |
| $32.79 |
| $118.53 |
| $273.11 |
| $33.75 |
| $56.23 |
| $363.57 |
| $32.79 |
| $121.53 |
| $137.81 |
| $43.05 |
| $44.21 |
| $59.16 |
| $35.96 |
| $50.48 |
| $240.00 |
| $225.00 |
| $240.00 |
| $225.00 |
| $102.99 |
| $32.79 |
| $32.79 |
| $43.05 |
| $59.16 |
| $35.96 |
| $170.51 |
| $137.13 |
| $32.79 |
| $33.75 |
| $32.79 |
| $43.05 |
| $59.16 |
| $35.96 |
| $857.48 |
| $159.30 |
| $77.25 |
| $121.56 |
| $137.81 |
| $95.69 |
| $102.44 |
| $639.62 |
| $363.57 |
| $181.26 |
| $309.53 |
| $37.97 |
| $271.88 |
| $110.57 |
| $137.81 |
| $110.57 |
| $95.69 |
| $103.34 |
| $137.81 |
| $113.67 |
| $180.00 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $60.00 |
| $152.85 |
| $267.00 |
| $185.40 |
| $221.45 |
| $37.97 |
| $37.20 |
| $363.57 |
| $137.81 |
| $37.97 |
| $278.97 |
| $112.25 |
| $102.44 |
| $149.24 |
| $109.23 |
| $95.69 |
| $103.34 |
| $142.61 |
| $164.00 |
| $111.11 |
| $111.11 |
| $183.47 |
| $137.81 |
| $150.11 |
| $58.76 |
| $172.62 |
| $58.76 |
| $58.76 |
| $102.87 |
| $52.56 |
| $105.06 |
| $60.96 |
| $104.75 |
| $67.10 |
| $71.57 |
| $105.06 |
| $98.49 |
| $74.42 |
| $102.38 |
| $45.00 |
| $109.19 |
| $52.56 |
| $60.96 |
| $137.81 |
| $126.33 |
| $127.59 |
| $52.56 |
| $52.56 |
| $63.81 |
| $63.81 |
| $63.81 |
| $67.02 |
| $60.96 |
| $95.69 |
| $103.34 |
| $384.80 |
| $50.15 |
| $50.15 |
| $52.56 |
| $50.15 |
| $50.15 |
| $50.15 |
| $50.15 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $50.15 |
| $50.15 |
| $50.15 |
| $52.56 |
| $94.02 |
| $94.02 |
| $50.15 |
| $91.07 |
| $91.07 |
| $91.07 |
| $213.75 |
| $50.15 |
| $64.47 |
| $94.02 |
| $94.02 |
| $50.15 |
| $91.07 |
| $91.07 |
| $91.07 |
| $91.07 |
| $91.07 |
| $50.15 |
| $178.17 |
| $472.28 |
| $50.15 |
| $50.15 |
| $50.15 |
| $68.81 |
| $50.15 |
| $95.69 |
| $103.34 |
| $69.17 |
| $69.17 |
| $69.17 |
| $77.42 |
| $69.17 |
| $69.17 |
| $77.30 |
| $77.42 |
| $58.67 |
| $58.67 |
| $62.49 |
| $90.66 |
| $90.66 |
| $144.92 |
| $144.92 |
| $138.33 |
| $138.33 |
| $138.33 |
| $138.33 |
| $138.33 |
| $58.67 |
| $95.69 |
| $102.14 |
| $62.49 |
| $69.17 |
| $58.67 |
| $58.67 |
| $62.49 |
| $86.25 |
| $58.67 |
| $62.49 |
| $58.67 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $58.67 |
| $62.49 |
| $95.69 |
| $102.14 |
| $159.47 |
| $137.81 |
| $330.86 |
| $111.39 |
| $150.95 |
| $186.83 |
| $211.71 |
| $137.81 |
| $133.14 |
| $120.38 |
| $133.14 |
| $133.14 |
| $86.22 |
| $86.22 |
| $86.22 |
| $86.22 |
| $86.22 |
| $86.22 |
| $133.14 |
| $139.80 |
| $178.44 |
| $139.80 |
| $139.80 |
| $35.09 |
| $35.09 |
| $35.09 |
| $35.09 |
| $35.09 |
| $35.09 |
| $35.09 |
| $35.09 |
| $35.09 |
| $35.09 |
| $118.50 |
| $114.32 |
| $104.52 |
| $129.03 |
| $40.41 |
| $40.41 |
| $40.41 |
| $40.41 |
| $40.41 |
| $40.41 |
| $40.41 |
| $40.41 |
| $40.41 |
| $40.41 |
| $139.80 |
| $69.96 |
| $83.04 |
| $84.24 |
| $75.69 |
| $75.69 |
| $75.69 |
| $81.75 |
| $75.69 |
| $92.48 |
| $98.10 |
| $101.51 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $182.03 |
| $182.03 |
| $208.38 |
| $208.38 |
| $184.67 |
| $184.67 |
| $160.35 |
| $160.35 |
| $199.37 |
| $199.37 |
| $180.03 |
| $73.95 |
| $94.98 |
| $94.98 |
| $172.50 |
| $172.50 |
| $90.78 |
| $99.63 |
| $62.85 |
| $121.49 |
| $42.20 |
| $99.63 |
| $56.42 |
| $68.93 |
| $42.20 |
| $193.05 |
| $125.69 |
| $165.38 |
| $137.03 |
| $44.79 |
| $99.63 |
| $176.52 |
| $186.80 |
| $118.13 |
| $102.38 |
| $51.68 |
| $71.37 |
| $72.77 |
| $100.62 |
| $2.49 |
| $4.73 |
| $4.73 |
| $2.37 |
| $128.25 |
| $123.75 |
| $109.07 |
| $108.90 |
| $104.49 |
| $137.27 |
| $101.72 |
| $133.14 |
| $138.78 |
| $145.94 |
| $142.40 |
| $176.54 |
| $127.23 |
| $152.46 |
| $54.99 |
| $45.92 |
| $48.63 |
| $125.10 |
| $127.52 |
| $167.55 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $191.72 |
| $194.52 |
| $154.35 |
| $168.63 |
| $81.75 |
| $190.13 |
| $161.00 |
| $207.80 |
| $258.87 |
| $64.62 |
| $196.92 |
| $322.11 |
| $95.00 |
| $133.14 |
| $77.33 |
| $84.33 |
| $145.14 |
| $48.32 |
| $39.92 |
| $48.44 |
| $60.29 |
| $82.56 |
| $190.13 |
| $190.13 |
| $40.76 |
| $190.13 |
| $190.13 |
| $190.13 |
| $190.13 |
| $190.13 |
| $190.13 |
| $190.13 |
| $190.13 |
| $190.13 |
| $190.13 |
| $136.88 |
| $136.88 |
| $136.88 |
| $136.88 |
| $136.88 |
| $136.88 |
| $136.88 |
| $136.88 |
| $136.88 |
| $236.43 |
| $190.13 |
| $190.13 |
| $77.21 |
| $198.80 |
| $190.13 |
| $133.14 |
| $190.13 |
| $45.23 |
| $129.38 |
| $167.13 |
| $207.23 |
| $157.95 |
| $190.13 |
| $190.13 |
| $190.13 |
| $190.13 |
| $74.43 |
| $50.21 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale |
| --- |
| **Medical** |
| $103.13 |
| $92.88 |
| $53.60 |
| $108.90 |
| $437.24 |
| $190.13 |
| $190.13 |
| $190.13 |
| $190.13 |
| $190.13 |
| $35.25 |
| $35.25 |
| $35.25 |
| $76.50 |
| $76.50 |
| $76.50 |
| $63.30 |
| $31.70 |
| $63.30 |
| $63.30 |
| $31.70 |
| $63.30 |
| $92.36 |
| $63.30 |
| $63.30 |
| $59.46 |
| $59.46 |
| $59.46 |
| $59.46 |
| $59.46 |
| $86.75 |
| $59.46 |
| $59.46 |
| $59.46 |
| $92.36 |
| $29.30 |
| $210.81 |
| $53.94 |
| $53.90 |
| $110.04 |
| $70.79 |
| $61.25 |
| $61.67 |
| $51.62 |
| $76.02 |
| $43.83 |
| $56.69 |
| $59.06 |
| $138.62 |
| $284.88 |
| $113.94 |
| $113.94 |
| $293.55 |
| $293.55 |
| $335.52 |
| $335.52 |
| $406.52 |
| $406.52 |
| $87.60 |
| $60.09 |
| $34.33 |
| $25.55 |
| $21.39 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $70.58 |
| $29.94 |
| $91.97 |
| $42.78 |
| $134.75 |
| $20.52 |
| $47.12 |
| $105.55 |
| $95.11 |
| $78.61 |
| $102.46 |
| $67.20 |
| $87.63 |
| $64.87 |
| $85.92 |
| $76.18 |
| $105.61 |
| $36.86 |
| $33.39 |
| $132.61 |
| $48.70 |
| $86.51 |
| $31.28 |
| $46.53 |
| $43.32 |
| $46.56 |
| $48.66 |
| $30.00 |
| $30.00 |
| $119.78 |
| $75.30 |
| $363.06 |
| $481.13 |
| $63.59 |
| $135.71 |
| $144.54 |
| $108.60 |
| $115.82 |
| $180.74 |
| $29.31 |
| $74.03 |
| $154.62 |
| $81.54 |
| $49.80 |
| $136.08 |
| $264.28 |
| $139.77 |
| $43.38 |
| $293.99 |
| $171.90 |
| $340.58 |
| $47.80 |
| $420.00 |
| $111.15 |
| $420.00 |
| $103.63 |
| $199.21 |
| $89.39 |
| $145.40 |
| $180.00 |
| $180.00 |
| $252.00 |
| $276.15 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
|---|
| $252.00 |
| $276.15 |
| $70.88 |
| $104.37 |
| $37.50 |
| $39.00 |
| $56.68 |
| $56.68 |
| $56.68 |
| $29.14 |
| $29.14 |
| $29.14 |
| $29.14 |
| $37.43 |
| $29.14 |
| $82.68 |
| $162.56 |
| $209.90 |
| $165.00 |
| $37.50 |
| $91.02 |
| $91.02 |
| $381.21 |
| $523.80 |
| $443.78 |
| $497.61 |
| $204.02 |
| $77.25 |
| $61.82 |
| $376.85 |
| $849.20 |
| $301.31 |
| $297.08 |
| $49.89 |
| $200.93 |
| $200.93 |
| $200.93 |
| $39.98 |
| $1,139.54 |
| $50.49 |
| $53.99 |
| $65.64 |
| $67.32 |
| $39.42 |
| $46.95 |
| $41.70 |
| $65.60 |
| $55.97 |
| $55.97 |
| $59.63 |
| $59.63 |
| $68.40 |
| $71.07 |
| $71.07 |
| $48.12 |
| $66.23 |
| $69.57 |
| $45.00 |
| $190.68 |
| $69.23 |
| $72.57 |
| $73.89 |
| $63.38 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $141.12 |
| $349.50 |
| $639.62 |
| $72.30 |
| $225.99 |
| $61.17 |
| $125.55 |
| $71.88 |
| $59.33 |
| $85.28 |
| $338.70 |
| $338.70 |
| $181.22 |
| $141.12 |
| $168.00 |
| $168.00 |
| $139.19 |
| $58.80 |
| $41.54 |
| $206.96 |
| $69.39 |
| $321.93 |
| $185.30 |
| $399.41 |
| $440.70 |
| $164.60 |
| $172.85 |
| $39.51 |
| $834.60 |
| $15.45 |
| $64.65 |
| $65.51 |
| $364.38 |
| $74.30 |
| $72.12 |
| $100.20 |
| $54.24 |
| $61.32 |
| $181.22 |
| $277.95 |
| $277.95 |
| $277.95 |
| $277.95 |
| $277.95 |
| $258.60 |
| $258.60 |
| $258.60 |
| $261.60 |
| $261.60 |
| $262.50 |
| $261.60 |
| $163.94 |
| $154.53 |
| $54.24 |
| $79.89 |
| $58.74 |
| $63.63 |
| $63.65 |
| $80.28 |
| $58.52 |
| $130.11 |
| $149.63 |
| $195.21 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
|---|
| $135.87 |
| $181.22 |
| $68.15 |
| $172.50 |
| $59.22 |
| $124.05 |
| $87.32 |
| $116.21 |
| $87.32 |
| $305.16 |
| $112.46 |
| $111.33 |
| $128.03 |
| $212.49 |
| $145.50 |
| $295.01 |
| $141.36 |
| $153.00 |
| $307.46 |
| $146.93 |
| $181.17 |
| $77.25 |
| $395.76 |
| $538.35 |
| $512.16 |
| $57.44 |
| $59.91 |
| $38.07 |
| $41.79 |
| $73.50 |
| $321.95 |
| $70.49 |
| $114.75 |
| $113.85 |
| $98.25 |
| $74.03 |
| $200.21 |
| $90.68 |
| $93.03 |
| $83.06 |
| $104.61 |
| $58.25 |
| $118.68 |
| $53.58 |
| $26.72 |
| $382.50 |
| $382.50 |
| $120.39 |
| $382.50 |
| $382.50 |
| $110.30 |
| $391.46 |
| $174.56 |
| $979.25 |
| $391.40 |
| $279.74 |
| $181.34 |
| $124.58 |
| $192.74 |
| $144.47 |
| $105.96 |
| $97.50 |
| $91.50 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale<br>Medical |
| --- |
| $212.01 |
| $143.55 |
| $174.08 |
| $110.84 |
| $39.72 |
| $41.66 |
| $7.46 |
| $7.46 |
| $342.93 |
| $46.41 |
| $44.43 |
| $34.10 |
| $47.30 |
| $259.71 |
| $42.12 |
| $46.11 |
| $56.49 |
| $42.63 |
| $74.82 |
| $55.70 |
| $178.17 |
| $52.19 |
| $86.35 |
| $50.96 |
| $79.55 |
| $79.46 |
| $33.96 |
| $83.79 |
| $182.40 |
| $204.36 |
| $305.55 |
| $119.70 |
| $833.66 |
| $332.03 |
| $338.16 |
| $150.87 |
| $199.25 |
| $196.71 |
| $138.75 |
| $185.54 |
| $182.40 |
| $421.97 |
| $305.55 |
| $129.15 |
| $348.23 |
| $353.16 |
| $194.81 |
| $307.50 |
| $240.00 |
| $255.00 |
| $145.29 |
| $101.25 |
| $86.40 |
| $41.54 |
| $43.20 |
| $206.43 |
| $206.43 |
| $109.91 |
| $135.08 |
| $165.44 |
| $122.06 |
| $168.00 |
| $169.04 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $159.00 |
| $101.82 |
| $175.50 |
| $34.65 |
| $49.53 |
| $53.72 |
| $42.38 |
| $50.40 |
| $200.85 |
| $159.38 |
| $228.93 |
| $381.15 |
| $40.58 |
| $207.90 |
| $187.50 |
| $187.50 |
| $33.63 |
| $49.53 |
| $53.72 |
| $121.59 |
| $225.00 |
| $185.40 |
| $121.59 |
| $172.86 |
| $121.59 |
| $141.12 |
| $166.64 |
| $164.22 |
| $141.12 |
| $140.73 |
| $164.22 |
| $140.73 |
| $164.22 |
| $121.59 |
| $121.59 |
| $72.63 |
| $197.51 |
| $272.40 |
| $349.86 |
| $349.86 |
| $82.23 |
| $321.69 |
| $321.69 |
| $386.03 |
| $321.69 |
| $92.09 |
| $202.50 |
| $143.55 |
| $158.40 |
| $106.43 |
| $133.65 |
| $103.95 |
| $188.21 |
| $101.58 |
| $193.43 |
| $248.94 |
| $178.17 |
| $133.65 |
| $148.50 |
| $153.29 |
| $39.23 |
| $35.40 |
| $36.41 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
|---|
| $192.33 |
| $110.96 |
| $147.02 |
| $108.23 |
| $113.73 |
| $152.42 |
| $163.08 |
| $220.95 |
| $165.00 |
| $232.50 |
| $87.18 |
| $91.71 |
| $121.34 |
| $47.25 |
| $47.25 |
| $42.20 |
| $47.75 |
| $256.01 |
| $110.96 |
| $37.08 |
| $40.46 |
| $184.61 |
| $168.39 |
| $168.39 |
| $168.39 |
| $250.73 |
| $248.94 |
| $36.81 |
| $33.05 |
| $34.26 |
| $422.45 |
| $39.71 |
| $44.85 |
| $42.30 |
| $31.65 |
| $34.25 |
| $83.12 |
| $73.43 |
| $96.72 |
| $12.21 |
| $110.96 |
| $17.64 |
| $88.61 |
| $248.94 |
| $144.56 |
| $255.12 |
| $176.10 |
| $175.37 |
| $211.50 |
| $211.50 |
| $162.29 |
| $285.20 |
| $110.96 |
| $248.94 |
| $102.42 |
| $106.65 |
| $179.43 |
| $340.88 |
| $220.43 |
| $290.25 |
| $110.96 |
| $240.39 |
| $76.28 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $84.57 |
| $64.44 |
| $65.72 |
| $76.28 |
| $77.81 |
| $29.84 |
| $511.98 |
| $80.42 |
| $234.09 |
| $188.49 |
| $216.72 |
| $130.04 |
| $206.55 |
| $210.87 |
| $44.60 |
| $110.96 |
| $66.71 |
| $75.02 |
| $75.00 |
| $59.67 |
| $67.26 |
| $58.19 |
| $65.66 |
| $75.00 |
| $80.36 |
| $66.71 |
| $58.19 |
| $110.96 |
| $200.28 |
| $50.64 |
| $50.45 |
| $57.29 |
| $76.91 |
| $291.75 |
| $48.83 |
| $48.83 |
| $48.83 |
| $48.83 |
| $48.83 |
| $48.83 |
| $48.83 |
| $48.83 |
| $48.83 |
| $143.55 |
| $158.40 |
| $168.00 |
| $162.00 |
| $156.00 |
| $140.40 |
| $153.60 |
| $153.60 |
| $138.24 |
| $110.96 |
| $53.87 |
| $57.29 |
| $65.18 |
| $90.84 |
| $61.32 |
| $183.60 |
| $29.36 |
| $297.62 |
| $183.03 |
| $65.76 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $502.20 |
| $63.08 |
| $64.44 |
| $67.47 |
| $67.47 |
| $73.47 |
| $75.83 |
| $171.06 |
| $146.81 |
| $83.63 |
| $94.13 |
| $85.43 |
| $95.93 |
| $120.17 |
| $133.05 |
| $95.85 |
| $126.23 |
| $88.97 |
| $259.20 |
| $125.12 |
| $188.76 |
| $183.11 |
| $152.15 |
| $166.94 |
| $48.00 |
| $65.00 |
| $208.05 |
| $180.00 |
| $93.41 |
| $73.20 |
| $73.17 |
| $73.17 |
| $89.76 |
| $86.00 |
| $29.97 |
| $120.96 |
| $316.25 |
| $118.09 |
| $125.15 |
| $137.90 |
| $138.50 |
| $55.22 |
| $1,277.17 |
| $139.50 |
| $1,277.17 |
| $240.98 |
| $316.25 |
| $562.28 |
| $56.23 |
| $56.23 |
| $80.33 |
| $80.33 |
| $120.49 |
| $127.50 |
| $52.62 |
| $94.78 |
| $231.29 |
| $289.67 |
| $843.41 |
| $42.11 |
| $42.11 |
| $26.40 |
| $26.40 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale |
| --- |
| **Medical** |
| $39.00 |
| $59.12 |
| $53.63 |
| $53.63 |
| $53.63 |
| $53.63 |
| $53.63 |
| $53.63 |
| $53.63 |
| $53.63 |
| $53.63 |
| $289.67 |
| $48.50 |
| $55.86 |
| $88.36 |
| $88.37 |
| $134.07 |
| $88.36 |
| $88.36 |
| $133.88 |
| $133.88 |
| $176.25 |
| $126.00 |
| $126.00 |
| $35.34 |
| $128.52 |
| $118.09 |
| $118.09 |
| $118.08 |
| $118.08 |
| $118.09 |
| $118.08 |
| $118.08 |
| $118.08 |
| $31.33 |
| $77.11 |
| $41.77 |
| $41.77 |
| $72.29 |
| $345.40 |
| $25.70 |
| $72.29 |
| $136.55 |
| $67.47 |
| $101.60 |
| $103.63 |
| $101.60 |
| $101.60 |
| $101.60 |
| $101.60 |
| $101.60 |
| $101.60 |
| $73.90 |
| $97.65 |
| $99.60 |
| $97.65 |
| $97.65 |
| $141.37 |
| $58.16 |
| $78.72 |
| $14.46 |
| $74.82 |
| $74.82 |