KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $196.70 |
| $90.57 |
| $196.70 |
| $90.57 |
| $196.70 |
| $141.75 |
| $144.59 |
| $196.70 |
| $114.20 |
| $116.48 |
| $114.20 |
| $72.45 |
| $49.01 |
| $216.88 |
| $275.63 |
| $77.11 |
| $87.56 |
| $276.32 |
| $297.20 |
| $53.58 |
| $96.39 |
| $45.62 |
| $102.02 |
| $39.37 |
| $191.25 |
| $163.71 |
| $223.38 |
| $47.40 |
| $226.52 |
| $152.62 |
| $39.37 |
| $119.25 |
| $200.81 |
| $286.42 |
| $64.05 |
| $230.11 |
| $122.40 |
| $130.50 |
| $123.00 |
| $22.50 |
| $29.46 |
| $130.50 |
| $130.50 |
| $130.50 |
| $212.40 |
| $212.40 |
| $212.40 |
| $212.40 |
| $212.40 |
| $212.40 |
| $212.40 |
| $144.36 |
| $102.38 |
| $245.70 |
| $94.50 |
| $9.75 |
| $103.17 |
| $103.17 |
| $80.33 |
| $80.33 |
| $80.33 |
| $90.33 |
| $161.13 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $161.13 |
| $77.18 |
| $77.18 |
| $39.60 |
| $115.95 |
| $113.24 |
| $250.13 |
| $250.13 |
| $250.13 |
| $250.13 |
| $250.13 |
| $250.13 |
| $144.60 |
| $143.18 |
| $143.18 |
| $144.60 |
| $143.18 |
| $250.13 |
| $144.60 |
| $144.60 |
| $143.18 |
| $144.60 |
| $143.18 |
| $144.60 |
| $144.60 |
| $250.13 |
| $144.60 |
| $144.60 |
| $144.60 |
| $250.13 |
| $144.60 |
| $144.60 |
| $141.75 |
| $250.13 |
| $144.60 |
| $250.13 |
| $250.13 |
| $432.00 |
| $284.78 |
| $542.81 |
| $210.00 |
| $318.38 |
| $362.09 |
| $105.84 |
| $105.84 |
| $105.84 |
| $105.84 |
| $105.84 |
| $105.84 |
| $105.81 |
| $105.81 |
| $105.81 |
| $255.15 |
| $849.39 |
| $849.39 |
| $849.39 |
| $849.39 |
| $849.39 |
| $178.46 |
| $173.25 |
| $173.25 |
| $173.25 |
| $178.46 |

KENDALL

*274P DISTRIBUTOR PRICE LIST*

*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $174.75 |
| $174.75 |
| $174.75 |
| $174.75 |
| $174.75 |
| $174.75 |
| $242.66 |
| $242.66 |
| $242.66 |
| $242.66 |
| $242.66 |
| $242.66 |
| $242.66 |
| $242.66 |
| $242.66 |
| $320.52 |
| $320.52 |
| $320.52 |
| $847.79 |
| $847.79 |
| $847.79 |
| $347.52 |
| $347.52 |
| $347.52 |
| $356.25 |
| $356.25 |
| $53.25 |
| $53.25 |
| $53.25 |
| $53.25 |
| $46.88 |
| $45.75 |
| $93.75 |
| $61.20 |
| $45.51 |
| $63.03 |
| $171.00 |
| $96.57 |
| $93.75 |
| $66.98 |
| $65.03 |
| $65.03 |
| $65.03 |
| $65.03 |
| $53.25 |
| $53.25 |
| $65.03 |
| $65.03 |
| $53.25 |
| $53.25 |
| $65.03 |
| $342.96 |
| $342.96 |
| $342.96 |
| $342.96 |
| $342.96 |
| $342.96 |
| $342.96 |
| $342.96 |
| $342.96 |
| $342.96 |
| $342.96 |
| $342.96 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
|---|
| $342.96 |
| $342.96 |
| $342.96 |
| $342.96 |
| $342.96 |
| $615.41 |
| $961.58 |
| $615.41 |
| $847.79 |
| $992.03 |
| $615.41 |
| $847.79 |
| $1,021.68 |
| $1,021.68 |
| $1,182.14 |
| $1,182.14 |
| $266.06 |
| $266.06 |
| $145.82 |
| $247.02 |
| $247.02 |
| $247.02 |
| $247.02 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $107.93 |
| $113.33 |
| $113.33 |
| $113.33 |
| $113.33 |
| $113.33 |
| $113.33 |
| $113.33 |
| $113.33 |
| $113.33 |
| $113.33 |
| $141.90 |
| $141.90 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale |
| --- |
| Medical |
| $141.90 |
| $148.50 |
| $152.25 |
| $148.50 |
| $155.30 |
| $170.25 |
| $170.25 |
| $172.50 |
| $190.95 |
| $161.70 |
| $164.70 |
| $164.94 |
| $173.25 |
| $154.50 |
| $156.75 |
| $180.75 |
| $179.40 |
| $167.25 |
| $161.25 |
| $195.00 |
| $275.25 |
| $270.00 |
| $148.50 |
| $148.50 |
| $170.25 |
| $201.00 |
| $216.00 |
| $308.70 |
| $37.35 |
| $308.70 |
| $470.25 |
| $533.25 |
| $659.70 |
| $551.57 |
| $155.30 |
| $169.50 |
| $172.89 |
| $195.00 |
| $192.00 |
| $152.25 |
| $152.25 |
| $152.25 |
| $169.50 |
| $172.50 |
| $169.50 |
| $169.50 |
| $187.20 |
| $169.50 |
| $172.50 |
| $187.20 |
| $172.50 |
| $187.20 |
| $190.20 |
| $169.50 |
| $202.50 |
| $202.50 |
| $202.50 |
| $295.80 |
| $295.80 |
| $307.50 |
| $202.50 |
| $295.80 |
| $295.80 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $307.50 |
| $343.50 |
| $152.25 |
| $152.25 |
| $152.25 |
| $182.25 |
| $182.25 |
| $182.25 |
| $182.25 |
| $167.25 |
| $206.25 |
| $206.25 |
| $193.95 |
| $154.35 |
| $154.35 |
| $193.95 |
| $193.95 |
| $196.50 |
| $225.00 |
| $217.50 |
| $217.50 |
| $27.00 |
| $345.00 |
| $345.00 |
| $251.70 |
| $117.90 |
| $117.83 |
| $106.71 |
| $106.71 |
| $117.83 |
| $117.83 |
| $117.90 |
| $106.71 |
| $117.83 |
| $109.65 |
| $214.13 |
| $106.71 |
| $117.83 |
| $117.83 |
| $140.70 |
| $155.93 |
| $140.70 |
| $262.73 |
| $277.73 |
| $277.73 |
| $260.18 |
| $260.18 |
| $53.55 |
| $173.96 |
| $604.80 |
| $173.96 |
| $173.96 |
| $173.96 |
| $173.96 |
| $117.00 |
| $117.00 |
| $117.00 |
| $270.00 |
| $175.80 |
| $175.80 |
| $175.80 |
| $175.80 |
| $28.13 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $175.80 |
| $175.80 |
| $175.80 |
| $175.80 |
| $175.80 |
| $175.80 |
| $175.80 |
| $175.80 |
| $175.80 |
| $119.40 |
| $119.40 |
| $172.50 |
| $172.50 |
| $172.50 |
| $48.90 |
| $172.50 |
| $113.70 |
| $113.70 |
| $189.00 |
| $425.25 |
| $148.05 |
| $204.08 |
| $204.08 |
| $204.08 |
| $184.50 |
| $216.54 |
| $216.54 |
| $221.25 |
| $221.25 |
| $221.25 |
| $221.25 |
| $221.25 |
| $221.25 |
| $150.38 |
| $105.08 |
| $143.37 |
| $143.37 |
| $143.37 |
| $143.37 |
| $277.50 |
| $90.00 |
| $360.00 |
| $420.00 |
| $330.00 |
| $195.00 |
| $202.50 |
| $234.00 |
| $330.00 |
| $223.20 |
| $124.73 |
| $124.73 |
| $124.73 |
| $124.73 |
| $156.45 |
| $151.80 |
| $171.00 |
| $171.00 |
| $144.00 |
| $56.34 |
| $59.16 |
| $62.10 |
| $62.10 |
| $56.34 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ...ed Resale Medical |
| --- |
| $59.16 |
| $62.10 |
| $294.00 |
| $153.00 |
| $573.21 |
| $168.75 |
| $168.75 |
| $294.00 |
| $50.43 |
| $51.36 |
| $294.00 |
| $80.57 |
| $11.94 |
| $11.94 |
| $81.30 |
| $14.54 |
| $77.11 |
| $64.37 |
| $105.95 |
| $105.95 |
| $90.04 |
| $90.04 |
| $89.54 |
| $86.75 |
| $40.16 |
| $30.52 |
| $115.67 |
| $86.51 |
| $98.49 |
| $86.51 |
| $98.49 |
| $30.77 |
| $45.40 |
| $120.29 |
| $63.00 |
| $62.10 |
| $70.88 |
| $74.18 |
| $103.35 |
| $103.35 |
| $277.10 |
| $277.10 |
| $488.73 |
| $488.73 |
| $488.73 |
| $349.41 |
| $349.41 |
| $349.41 |
| $283.19 |
| $208.59 |
| $62.25 |
| $47.25 |
| $70.88 |
| $94.50 |
| $64.58 |
| $119.31 |
| $83.48 |
| $50.85 |
| $59.25 |
| $127.50 |
| $47.25 |
| $47.25 |
| $47.25 |

**KENDALL**
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $47.25 |
| $59.25 |
| $42.75 |
| $42.75 |
| $52.50 |
| $29.25 |
| $352.43 |
| $262.50 |
| $59.93 |
| $59.93 |
| $24.68 |
| $225.00 |
| $60.00 |
| $39.00 |
| $196.88 |
| $217.50 |
| $217.50 |
| $217.50 |
| $217.50 |
| $555.00 |
| $705.00 |
| $262.50 |
| $236.25 |
| $630.00 |
| $217.50 |
| $300.00 |
| $225.00 |
| $60.00 |
| $975.00 |
| $675.00 |
| $141.96 |
| $85.55 |
| $254.64 |
| $83.10 |
| $121.44 |
| $170.87 |
| $186.03 |
| $160.77 |
| $105.35 |
| $109.91 |
| $106.94 |
| $142.08 |
| $211.31 |
| $231.75 |
| $128.21 |
| $138.93 |
| $101.57 |
| $246.44 |
| $394.73 |
| $259.98 |
| $212.60 |
| $209.24 |
| $167.43 |
| $239.31 |
| $322.31 |
| $320.21 |
| $227.28 |
| $470.06 |
| $293.07 |
| $220.10 |
| $481.65 |
| $363.08 |
| $283.20 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ...ed Resale Medical |
| --- |
| $449.82 |
| $79.08 |
| $201.77 |
| $37.80 |
| $129.06 |
| $141.75 |
| $334.89 |
| $118.92 |
| $65.21 |
| $150.00 |
| $247.50 |
| $180.00 |
| $202.50 |
| $232.50 |
| $330.00 |
| $390.00 |
| $118.13 |
| $212.63 |
| $299.25 |
| $68.01 |
| $75.39 |
| $44.10 |
| $53.46 |
| $315.75 |
| $241.50 |
| $227.39 |
| $127.01 |
| $142.70 |
| $191.13 |
| $127.41 |
| $191.13 |
| $212.33 |
| $504.00 |
| $451.85 |
| $169.20 |
| $142.71 |
| $130.41 |
| $153.50 |
| $179.64 |
| $361.80 |
| $156.02 |
| $159.71 |
| $827.19 |
| $566.25 |
| $737.51 |
| $397.50 |
| $820.58 |
| $472.50 |
| $321.90 |
| $111.02 |
| $612.36 |
| $226.80 |
| $338.63 |
| $358.47 |
| $696.56 |
| $184.79 |
| $237.69 |
| $401.84 |
| $35.40 |
| $49.65 |
| $24.75 |
| $86.63 |
| $90.00 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $90.00 |
| $90.00 |
| $194.40 |
| $216.00 |
| $103.95 |
| $202.95 |
| $105.00 |
| $240.00 |
| $114.00 |
| $138.00 |
| $199.50 |
| $244.50 |
| $160.50 |
| $272.25 |
| $60.75 |
| $202.95 |
| $117.30 |
| $202.95 |
| $102.00 |
| $100.95 |
| $170.25 |
| $153.00 |
| $170.25 |
| $170.25 |
| $170.25 |
| $153.00 |
| $170.25 |
| $90.00 |
| $93.75 |
| $97.50 |
| $97.50 |
| $264.38 |
| $327.30 |
| $150.39 |
| $161.82 |
| $153.89 |
| $156.00 |
| $24.41 |
| $312.00 |
| $309.00 |
| $400.50 |
| $264.60 |
| $317.33 |
| $99.00 |
| $67.50 |
| $105.68 |
| $211.35 |
| $382.50 |
| $346.28 |
| $208.88 |
| $412.80 |
| $303.00 |
| $157.50 |
| $157.50 |
| $303.00 |
| $300.00 |
| $157.50 |
| $157.50 |
| $157.50 |
| $157.50 |
| $157.50 |
| $144.75 |
| $165.00 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $144.75 |
| $165.00 |
| $165.00 |
| $144.75 |
| $144.75 |
| $144.75 |
| $165.00 |
| $45.42 |
| $87.14 |
| $87.14 |
| $103.17 |
| $137.03 |
| $115.88 |
| $118.97 |
| $131.33 |
| $146.46 |
| $88.68 |
| $217.85 |
| $138.12 |
| $201.17 |
| $69.98 |
| $91.04 |
| $35.00 |
| $40.98 |
| $108.00 |
| $135.00 |
| $109.50 |
| $135.00 |
| $165.00 |
| $109.50 |
| $165.00 |
| $141.00 |
| $109.50 |
| $108.00 |
| $163.23 |
| $160.58 |
| $91.82 |
| $42.95 |
| $145.29 |
| $145.29 |
| $90.57 |
| $116.72 |
| $133.41 |
| $145.29 |
| $86.19 |
| $86.19 |
| $116.16 |
| $145.29 |
| $107.21 |
| $114.30 |
| $116.76 |
| $116.16 |
| $47.18 |
| $22.77 |
| $157.50 |
| $157.50 |
| $165.00 |
| $40.49 |
| $22.01 |
| $42.51 |
| $38.24 |
| $66.83 |
| $75.60 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale |
| --- |
| **Medical** |
| $82.02 |
| $59.54 |
| $150.00 |
| $150.00 |
| $150.00 |
| $150.00 |
| $150.00 |
| $150.00 |
| $150.00 |
| $150.00 |
| $94.50 |
| $94.50 |
| $150.00 |
| $150.00 |
| $150.00 |
| $150.00 |
| $150.00 |
| $150.00 |
| $150.00 |
| $150.00 |
| $76.50 |
| $60.00 |
| $97.50 |
| $177.00 |
| $174.00 |
| $255.00 |
| $135.00 |
| $174.00 |
| $174.00 |
| $270.00 |
| $255.00 |
| $135.00 |
| $60.00 |
| $60.00 |
| $112.50 |
| $255.00 |
| $202.95 |
| $277.50 |
| $225.00 |
| $254.93 |
| $254.93 |
| $165.00 |
| $192.15 |
| $180.00 |
| $75.00 |
| $33.00 |
| $450.00 |
| $1,500.00 |
| $180.00 |
| $171.11 |
| $171.11 |
| $36.41 |
| $20.47 |
| $20.47 |
| $23.73 |
| $24.10 |
| $28.73 |
| $29.17 |
| $27.56 |
| $35.49 |
| $35.49 |
| $69.10 |
| $69.03 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $70.09 |
| $16.90 |
| $69.10 |
| $69.03 |
| $70.09 |
| $23.73 |
| $24.10 |
| $85.80 |
| $213.12 |
| $87.12 |
| $10.40 |
| $27.56 |
| $75.79 |
| $16.90 |
| $76.96 |
| $23.96 |
| $287.98 |
| $28.47 |
| $854.43 |
| $854.43 |
| $58.96 |
| $102.38 |
| $102.38 |
| $117.85 |
| $20.48 |
| $20.48 |
| $20.48 |
| $14.30 |
| $28.73 |
| $20.48 |
| $170.56 |
| $170.56 |
| $49.21 |
| $293.15 |
| $293.15 |
| $109.40 |
| $90.09 |
| $20.48 |
| $40.95 |
| $40.95 |
| $257.68 |
| $257.68 |
| $404.14 |
| $404.14 |
| $51.59 |
| $59.07 |
| $65.34 |
| $65.34 |
| $65.34 |
| $34.48 |
| $40.99 |
| $31.06 |
| $28.16 |
| $35.85 |
| $28.16 |
| $34.53 |
| $45.58 |
| $35.85 |
| $45.58 |
| $37.53 |
| $44.15 |
| $46.24 |
| $37.33 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
|---|
| $97.52 |
| $97.52 |
| $97.52 |
| $97.52 |
| $97.52 |
| $97.52 |
| $97.52 |
| $97.52 |
| $12.94 |
| $12.94 |
| $12.94 |
| $119.16 |
| $119.16 |
| $119.16 |
| $119.16 |
| $36.21 |
| $45.83 |
| $86.57 |
| $86.57 |
| $86.57 |
| $86.57 |
| $53.52 |
| $44.05 |
| $32.34 |
| $33.61 |
| $49.19 |
| $53.52 |
| $33.61 |
| $119.16 |
| $119.16 |
| $119.16 |
| $86.57 |
| $33.61 |
| $33.61 |
| $10.66 |
| $26.48 |
| $39.52 |
| $40.38 |
| $35.04 |
| $35.65 |
| $52.30 |
| $52.30 |
| $36.44 |
| $17.67 |
| $26.23 |
| $26.38 |
| $36.72 |
| $17.93 |
| $20.93 |
| $29.69 |
| $35.04 |
| $39.52 |
| $37.53 |
| $49.86 |
| $52.05 |
| $61.11 |
| $45.37 |
| $50.67 |
| $44.71 |
| $37.28 |
| $35.65 |
| $36.65 |
| $42.88 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
|---|
| $20.01 |
| $36.67 |
| $36.67 |
| $176.46 |
| $176.46 |
| $176.46 |
| $176.46 |
| $176.46 |
| $56.17 |
| $617.72 |
| $617.72 |
| $730.01 |
| $730.01 |
| $56.17 |
| $65.34 |
| $65.34 |
| $65.34 |
| $60.09 |
| $60.09 |
| $60.09 |
| $93.04 |
| $93.04 |
| $275.00 |
| $275.00 |
| $275.00 |
| $275.00 |
| $275.00 |
| $275.00 |
| $305.55 |
| $305.55 |
| $39.07 |
| $39.07 |
| $46.02 |
| $46.02 |
| $50.70 |
| $85.74 |
| $19.31 |
| $3.51 |
| $3.51 |
| $3.51 |
| $3.51 |
| $3.51 |
| $3.51 |
| $28.60 |
| $28.60 |
| $28.60 |
| $15.80 |
| $15.80 |
| $23.92 |
| $19.31 |
| $19.31 |
| $19.31 |
| $19.31 |
| $19.31 |
| $27.43 |
| $25.09 |
| $26.13 |
| $25.09 |
| $21.65 |
| $69.42 |
| $69.42 |
| $27.43 |
| $8.13 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $3.25 |
| $7.15 |
| $7.15 |
| $7.15 |
| $8.58 |
| $3.97 |
| $20.48 |
| $47.52 |
| $47.52 |
| $47.52 |
| $47.52 |
| $80.08 |
| $2.67 |
| $2.67 |
| $2.67 |
| $2.67 |
| $2.67 |
| $29.25 |
| $29.25 |
| $10.86 |
| $10.86 |
| $20.80 |
| $20.80 |
| $20.80 |
| $20.80 |
| $20.80 |
| $20.80 |
| $16.45 |
| $16.45 |
| $16.45 |
| $16.45 |
| $25.55 |
| $4.88 |
| $7.02 |
| $5.98 |
| $3.90 |
| $9.10 |
| $5.79 |
| $5.79 |
| $7.54 |
| $3.97 |
| $3.97 |
| $3.97 |
| $103.81 |
| $109.07 |
| $140.73 |
| $140.73 |
| $29.71 |
| $50.70 |
| $23.47 |
| $26.13 |
| $7.87 |
| $7.87 |
| $10.40 |
| $10.40 |
| $160.41 |
| $160.41 |
| $160.41 |
| $160.41 |
| $160.41 |
| $160.41 |
| $160.41 |
| $160.41 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
|---|
| $160.41 |
| $160.41 |
| $160.41 |
| $160.41 |
| $160.41 |
| $160.41 |
| $160.41 |
| $160.41 |
| $160.41 |
| $197.33 |
| $197.33 |
| $197.33 |
| $10.27 |
| $10.27 |
| $214.10 |
| $214.00 |
| $214.10 |
| $307.31 |
| $332.07 |
| $14.05 |
| $14.05 |
| $14.05 |
| $14.05 |
| $14.05 |
| $14.05 |
| $14.13 |
| $178.10 |
| $181.40 |
| $181.40 |
| $181.40 |
| $258.06 |
| $278.66 |
| $119.67 |
| $133.68 |
| $133.68 |
| $133.68 |
| $133.68 |
| $133.68 |
| $119.67 |
| $119.67 |
| $119.67 |
| $119.67 |
| $119.67 |
| $119.67 |
| $44.70 |
| $119.67 |
| $119.67 |
| $20.37 |
| $119.67 |
| $20.37 |
| $119.67 |
| $20.37 |
| $119.67 |
| $20.37 |
| $20.37 |
| $20.37 |
| $20.37 |
| $20.37 |
| $155.07 |
| $155.07 |
| $112.29 |
| $139.03 |
| $139.03 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $139.03 |
| $155.07 |
| $139.03 |
| $139.03 |
| $155.07 |
| $112.29 |
| $139.03 |
| $155.07 |
| $112.29 |
| $112.29 |
| $112.29 |
| $112.29 |
| $112.29 |
| $112.29 |
| $112.29 |
| $14.26 |
| $14.26 |
| $112.29 |
| $14.26 |
| $14.26 |
| $14.26 |
| $14.26 |
| $647.00 |
| $58.82 |
| $58.82 |
| $14.11 |
| $14.11 |
| $344.76 |
| $97.06 |
| $97.06 |
| $98.59 |
| $97.06 |
| $48.48 |
| $121.56 |
| $127.57 |
| $103.38 |
| $127.16 |
| $196.06 |
| $35.85 |
| $187.15 |
| $187.15 |
| $44.70 |
| $44.70 |
| $44.70 |
| $44.70 |
| $14.26 |
| $14.26 |
| $91.34 |
| $167.55 |
| $212.45 |
| $301.04 |
| $366.47 |
| $91.28 |
| $430.50 |
| $277.49 |
| $277.49 |
| $113.40 |
| $118.68 |
| $127.26 |
| $89.46 |
| $83.48 |
| $89.70 |
| $55.13 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
|---|
| $55.13 |
| $31.98 |
| $148.67 |
| $248.85 |
| $223.97 |
| $239.40 |
| $239.40 |
| $144.12 |
| $191.37 |
| $146.48 |
| $141.75 |
| $51.20 |
| $51.20 |
| $91.04 |
| $59.54 |
| $66.15 |
| $66.15 |
| $285.87 |
| $233.90 |
| $309.33 |
| $276.57 |
| $31.50 |
| $105.69 |
| $105.69 |
| $82.70 |
| $82.70 |
| $82.70 |
| $82.70 |
| $82.70 |
| $82.70 |
| $82.70 |
| $82.70 |
| $211.05 |
| $211.05 |
| $211.05 |
| $211.05 |
| $225.23 |
| $225.23 |
| $19.22 |
| $20.48 |
| $98.45 |
| $98.45 |
| $98.45 |
| $98.45 |
| $98.45 |
| $78.75 |
| $34.65 |
| $34.65 |
| $34.65 |
| $34.65 |
| $34.65 |
| $34.65 |
| $34.65 |
| $34.65 |
| $34.65 |
| $371.70 |
| $371.70 |
| $270.90 |
| $270.90 |
| $293.27 |
| $293.27 |
| $293.27 |
| $391.86 |