KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $391.86 |
| $418.95 |
| $418.95 |
| $418.95 |
| $67.34 |
| $171.77 |
| $171.77 |
| $153.57 |
| $153.57 |
| $94.50 |
| $94.50 |
| $75.29 |
| $75.29 |
| $75.29 |
| $75.29 |
| $75.29 |
| $75.29 |
| $75.29 |
| $23.33 |
| $122.85 |
| $122.85 |
| $122.85 |
| $122.85 |
| $29.18 |
| $35.45 |
| $360.68 |
| $360.68 |
| $189.00 |
| $189.00 |
| $384.30 |
| $384.30 |
| $396.90 |
| $396.90 |
| $33.08 |
| $33.08 |
| $33.08 |
| $33.08 |
| $33.08 |
| $33.08 |
| $33.08 |
| $33.08 |
| $33.08 |
| $33.08 |
| $198.45 |
| $198.45 |
| $198.45 |
| $198.45 |
| $198.45 |
| $198.45 |
| $77.58 |
| $77.58 |
| $77.58 |
| $77.58 |
| $77.58 |
| $77.58 |
| $77.97 |
| $77.97 |
| $77.97 |
| $77.97 |
| $77.97 |
| $77.97 |
| $193.13 |
| $193.13 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $193.13 |
| $193.13 |
| $193.13 |
| $193.13 |
| $152.10 |
| $74.51 |
| $53.82 |
| $42.90 |
| $109.82 |
| $120.20 |
| $43.68 |
| $48.36 |
| $86.66 |
| $97.05 |
| $140.40 |
| $72.54 |
| $92.04 |
| $104.52 |
| $99.84 |
| $11.52 |
| $50.19 |
| $50.19 |
| $50.19 |
| $50.19 |
| $50.19 |
| $50.19 |
| $161.36 |
| $161.36 |
| $111.96 |
| $111.96 |
| $111.96 |
| $233.00 |
| $233.00 |
| $233.00 |
| $98.81 |
| $98.81 |
| $98.81 |
| $102.32 |
| $69.75 |
| $51.75 |
| $51.75 |
| $51.75 |
| $48.00 |
| $63.00 |
| $15.00 |
| $72.00 |
| $72.00 |
| $72.00 |
| $72.00 |
| $72.00 |
| $72.00 |
| $77.25 |
| $77.25 |
| $127.08 |
| $127.08 |
| $127.08 |
| $127.08 |
| $127.08 |
| $197.43 |
| $197.43 |
| $197.43 |
| $197.43 |
| $197.43 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $49.55 |
| $49.55 |
| $49.55 |
| $340.11 |
| $340.11 |
| $340.11 |
| $340.11 |
| $340.11 |
| $76.26 |
| $267.21 |
| $267.21 |
| $267.21 |
| $267.21 |
| $267.21 |
| $267.21 |
| $97.01 |
| $97.01 |
| $97.01 |
| $97.01 |
| $97.01 |
| $80.33 |
| $80.33 |
| $122.07 |
| $122.07 |
| $131.09 |
| $111.90 |
| $105.51 |
| $89.52 |
| $105.51 |
| $89.52 |
| $105.51 |
| $123.11 |
| $123.11 |
| $105.51 |
| $68.73 |
| $75.14 |
| $65.55 |
| $94.31 |
| $13.98 |
| $19.43 |
| $22.31 |
| $30.36 |
| $45.57 |
| $45.57 |
| $75.14 |
| $35.18 |
| $30.54 |
| $55.95 |
| $91.13 |
| $44.12 |
| $36.77 |
| $60.75 |
| $60.75 |
| $47.96 |
| $42.53 |
| $95.52 |
| $169.61 |
| $74.73 |
| $74.73 |
| $121.82 |
| $106.40 |
| $140.84 |
| $120.54 |
| $33.59 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $51.15 |
| $81.53 |
| $38.37 |
| $35.18 |
| $60.75 |
| $99.12 |
| $46.37 |
| $41.57 |
| $68.73 |
| $113.49 |
| $52.74 |
| $47.96 |
| $108.71 |
| $85.61 |
| $108.71 |
| $156.44 |
| $276.65 |
| $132.36 |
| $51.98 |
| $51.98 |
| $51.98 |
| $51.98 |
| $51.98 |
| $51.98 |
| $77.54 |
| $77.54 |
| $77.54 |
| $77.54 |
| $151.86 |
| $151.86 |
| $151.86 |
| $132.68 |
| $132.68 |
| $77.70 |
| $77.70 |
| $77.54 |
| $77.54 |
| $87.92 |
| $87.92 |
| $139.08 |
| $77.70 |
| $87.92 |
| $87.92 |
| $139.08 |
| $56.78 |
| $56.78 |
| $108.00 |
| $105.51 |
| $164.66 |
| $89.52 |
| $27.05 |
| $27.05 |
| $27.05 |
| $27.05 |
| $27.05 |
| $27.05 |
| $27.05 |
| $33.99 |
| $33.99 |
| $33.99 |
| $33.99 |
| $33.99 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $33.99 |
| $33.99 |
| $156.05 |
| $156.05 |
| $156.05 |
| $156.05 |
| $156.05 |
| $156.05 |
| $156.05 |
| $156.05 |
| $156.05 |
| $156.05 |
| $156.05 |
| $156.05 |
| $346.08 |
| $346.08 |
| $523.76 |
| $209.55 |
| $209.55 |
| $209.55 |
| $209.55 |
| $209.55 |
| $209.55 |
| $209.55 |
| $209.55 |
| $382.50 |
| $382.50 |
| $382.50 |
| $212.25 |
| $548.33 |
| $373.25 |
| $77.10 |
| $77.10 |
| $77.10 |
| $77.10 |
| $77.10 |
| $77.10 |
| $77.10 |
| $77.10 |
| $111.30 |
| $111.30 |
| $111.30 |
| $111.30 |
| $111.30 |
| $111.30 |
| $111.30 |
| $77.10 |
| $77.10 |
| $77.10 |
| $77.10 |
| $77.10 |
| $77.10 |
| $77.10 |
| $77.10 |
| $111.30 |
| $111.30 |
| $111.30 |
| $111.30 |
| $111.30 |
| $111.30 |
| $111.30 |
| $330.75 |
| $390.00 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
|---|
| $400.50 |
| $412.50 |
| $474.00 |
| $389.40 |
| $400.50 |
| $309.00 |
| $390.00 |
| $389.40 |
| $317.10 |
| $339.15 |
| $32.45 |
| $190.35 |
| $190.35 |
| $190.35 |
| $190.35 |
| $130.50 |
| $130.50 |
| $130.50 |
| $130.50 |
| $128.25 |
| $128.25 |
| $128.25 |
| $128.25 |
| $128.25 |
| $128.25 |
| $179.25 |
| $179.25 |
| $179.25 |
| $177.00 |
| $177.00 |
| $177.00 |
| $177.00 |
| $206.25 |
| $206.25 |
| $327.54 |
| $327.54 |
| $58.88 |
| $72.62 |
| $23.03 |
| $23.03 |
| $23.03 |
| $23.03 |
| $23.03 |
| $23.03 |
| $23.03 |
| $23.03 |
| $295.20 |
| $295.20 |
| $316.34 |
| $316.34 |
| $316.34 |
| $228.66 |
| $228.66 |
| $228.66 |
| $228.66 |
| $228.66 |
| $228.66 |
| $228.66 |
| $228.66 |
| $228.66 |
| $228.66 |
| $228.66 |
| $228.66 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $228.66 |
| $228.66 |
| $85.37 |
| $85.37 |
| $191.21 |
| $191.21 |
| $191.21 |
| $191.21 |
| $147.27 |
| $182.25 |
| $223.16 |
| $182.25 |
| $239.35 |
| $8.31 |
| $65.00 |
| $115.00 |
| $20.37 |
| $23.43 |
| $40.69 |
| $40.69 |
| $40.69 |
| $37.53 |
| $37.53 |
| $37.53 |
| $33.05 |
| $33.05 |
| $49.45 |
| $49.45 |
| $49.45 |
| $40.64 |
| $40.64 |
| $40.64 |
| $36.00 |
| $36.00 |
| $56.78 |
| $56.78 |
| $94.72 |
| $22.41 |
| $12.12 |
| $12.12 |
| $23.43 |
| $23.73 |
| $30.56 |
| $33.00 |
| $24.80 |
| $25.92 |
| $10.19 |
| $71.30 |
| $136.47 |
| $120.00 |
| $86.32 |
| $35.60 |
| $165.51 |
| $127.31 |
| $79.39 |
| $20.27 |
| $24.70 |
| $38.19 |
| $40.54 |
| $49.35 |
| $60.50 |
| $26.74 |
| $84.89 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $24.95 |
| $84.89 |
| $49.91 |
| $178.75 |
| $65.80 |
| $65.80 |
| $65.80 |
| $42.98 |
| $46.75 |
| $69.46 |
| $62.64 |
| $25.97 |
| $25.97 |
| $25.97 |
| $25.97 |
| $61.11 |
| $18.23 |
| $32.24 |
| $45.63 |
| $54.80 |
| $18.23 |
| $32.24 |
| $45.63 |
| $54.80 |
| $38.86 |
| $48.02 |
| $49.24 |
| $31.33 |
| $297.21 |
| $291.38 |
| $297.20 |
| $235.36 |
| $291.38 |
| $297.20 |
| $297.20 |
| $83.54 |
| $28.92 |
| $14.46 |
| $79.68 |
| $209.66 |
| $60.00 |
| $144.59 |
| $113.40 |
| $274.71 |
| $261.63 |
| $255.43 |
| $79.53 |
| $243.27 |
| $226.80 |
| $275.63 |
| $267.75 |
| $253.58 |
| $267.75 |
| $275.63 |
| $179.55 |
| $480.34 |
| $214.48 |
| $204.26 |
| $522.11 |
| $154.50 |
| $154.50 |
| $154.50 |
| $195.15 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
|---|
| $195.15 |
| $199.21 |
| $244.76 |
| $55.02 |
| $147.80 |
| $141.37 |
| $192.78 |
| $145.70 |
| $145.70 |
| $145.70 |
| $145.70 |
| $145.70 |
| $141.75 |
| $141.75 |
| $38.56 |
| $77.11 |
| $67.47 |
| $15.90 |
| $141.75 |
| $141.75 |
| $179.09 |
| $56.23 |
| $470.93 |
| $179.09 |
| $188.93 |
| $480.34 |
| $174.31 |
| $44.98 |
| $174.31 |
| $159.85 |
| $226.80 |
| $72.29 |
| $226.80 |
| $220.32 |
| $239.40 |
| $232.56 |
| $231.34 |
| $203.18 |
| $204.26 |
| $207.24 |
| $146.48 |
| $172.23 |
| $470.93 |
| $152.62 |
| $192.78 |
| $158.25 |
| $197.19 |
| $191.56 |
| $223.65 |
| $217.26 |
| $189.71 |
| $184.29 |
| $201.05 |
| $195.30 |
| $133.98 |
| $132.18 |
| $117.84 |
| $100.58 |
| $285.00 |
| $337.50 |
| $232.50 |
| $450.00 |
| $487.50 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $600.00 |
| $225.00 |
| $337.50 |
| $375.00 |
| $363.45 |
| $65.49 |
| $152.99 |
| $141.69 |
| $42.33 |
| $89.70 |
| $77.87 |
| $78.92 |
| $58.80 |
| $105.84 |
| $252.00 |
| $226.49 |
| $312.65 |
| $404.78 |
| $756.00 |
| $313.43 |
| $590.63 |
| $181.13 |
| $259.88 |
| $109.47 |
| $104.75 |
| $155.15 |
| $138.00 |
| $247.50 |
| $397.50 |
| $289.80 |
| $69.05 |
| $107.10 |
| $256.73 |
| $226.80 |
| $409.50 |
| $150.00 |
| $174.00 |
| $213.21 |
| $312.00 |
| $539.04 |
| $624.00 |
| $241.50 |
| $51.53 |
| $58.91 |
| $135.00 |
| $240.00 |
| $78.00 |
| $78.00 |
| $112.50 |
| $150.00 |
| $225.00 |
| $150.00 |
| $60.39 |
| $65.01 |
| $51.27 |
| $41.76 |
| $243.26 |
| $72.21 |
| $74.06 |
| $139.29 |
| $31.91 |
| $34.17 |
| $48.74 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
|---|
| $256.19 |
| $408.41 |
| $45.56 |
| $43.28 |
| $206.13 |
| $196.32 |
| $139.76 |
| $200.82 |
| $322.50 |
| $615.00 |
| $345.00 |
| $645.00 |
| $165.00 |
| $247.50 |
| $525.00 |
| $47.48 |
| $70.05 |
| $71.61 |
| $74.22 |
| $222.98 |
| $222.98 |
| $222.98 |
| $351.09 |
| $351.09 |
| $351.09 |
| $159.75 |
| $98.71 |
| $191.25 |
| $115.59 |
| $103.02 |
| $73.04 |
| $141.30 |
| $184.50 |
| $221.25 |
| $234.75 |
| $234.75 |
| $76.50 |
| $76.50 |
| $90.53 |
| $84.41 |
| $84.41 |
| $57.84 |
| $77.00 |
| $51.87 |
| $95.18 |
| $51.87 |
| $95.18 |
| $51.87 |
| $95.18 |
| $51.87 |
| $95.18 |
| $95.18 |
| $101.60 |
| $101.60 |
| $101.60 |
| $77.00 |
| $405.00 |
| $222.30 |
| $29.94 |
| $37.43 |
| $40.64 |
| $42.78 |
| $59.89 |

KENDALL
*274P DISTRIBUTOR PRICE LIST*
*Effective March 1, 2002*

| ed Resale Medical |
| --- |
| $89.51 |
| $29.94 |
| $37.43 |
| $39.90 |
| $570.00 |
| $885.00 |
| $780.00 |
| $600.00 |
| $495.00 |
| $885.00 |
| $825.00 |
| $600.00 |
| $570.00 |
| $412.50 |
| $742.50 |
| $787.50 |
| $37.43 |
| $47.05 |
| $48.12 |
| $40.37 |
| $58.82 |
| $51.33 |
| $53.58 |
| $186.69 |
| $29.54 |
| $43.85 |
| $40.90 |
| $46.25 |