

**tyco**
Healthcare

**Kendall**

15 Hampshire Street
Mansfield, MA 02048

Tel: 508 261-8000
Fax: 508 261-8145
www.kendallhq.com

December 17, 2002

To Our Distribution Partners:

Enclosed, on diskette in an Excel file, is Kendall's 2003 275P Price List. This price change is effective March 1, 2003. **Please note there are two tabs on this file. Tab 1 lists Kendall's Healthcare Products. Tab 2 lists Kendall LTP Products.**

Also included on this diskette is Kendall's Terms of Sale in a Word file. Please contact Customer Service to request a hard copy of the new 275P price list.

As part of this price adjustment, we will adjust our rebates for your sales to qualified customers effective April 1, 2003. All rebate reimbursement requests submitted for customer sales prior to April 1, 2003 should be based on the current 274P Price List. Rebate requests for sales to customers made after April 1, 2003 should be calculated from the attached new 275P Price List.

If you have any questions regarding this price change, please contact your Kendall sales representative or Customer Service at (800) 962-9888. Thank you for your continued support of Kendall products.

Sincerely,

The Kendall Company

TH 0872