UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TYCO HEALTHCARE GROUP LP

   Plaintiff,

v.

MEDICAL PRODUCTS, INC.

   Defendant.

Civil Action No. 1:04-cv-11524-DPW

### NOTICE OF APPEARANCE

Please enter my appearance as co-counsel on behalf of Medical Products, Inc. in the above-captioned matter.

Respectfully submitted,

/s/ Jessica P. Driscoll

Jessica P. Driscoll (BBO # 655394)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371-1000

Dated:  April 8, 2005