UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TYCO HEALTHCARE GROUP LP**<br><br>Plaintiff,<br><br>v.<br><br>**MEDICAL PRODUCTS, INC.**<br><br>Defendant. | Civil Action No. 1:04-CV-11524-DPW |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Tyco Healthcare Group LP and Defendant Medical Products, Inc. hereby stipulate that this action be dismissed in its entirety <u>without</u> prejudice and without costs or attorney's fees to any party.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MEDICAL PRODUCTS, INC. | TYCO HEALTHCARE GROUP |
| By its attorneys: | By its attorneys: |
| /s/ Jessica Driscoll | /s/ Jeffrey D. Clements |
| _____ | _____ |
| Michael A. Collora, BBO #092940<br>Jessica Driscoll, BBO #655394<br>Dwyer & Collora, LLP<br>600 Atlantic Avenue<br>Boston, MA 02210-2211<br>(617) 371-1000 | Jeffrey D. Clements, BBO #632544<br>Ingrid S. Martin, BBO #653632<br>Clements & Clements LLP<br>50 Federal Street<br>Boston, MA 02110<br>(617) 451-1802 |
| Dated: May 3, 2005 | Dated: May 3, 2005 |